# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| LANARD TOYS LIMITED,<br>　　　　Plaintiff,<br><br>v.<br><br>TOYS "R" US - DELAWARE, INC.<br>DOLGENCORP, LLC, and JA-RU, INC.,<br>　　　　Defendants. | Case Number: 3:15-cv-00849-MMH-PDB |

## DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF PLAINTIFF LANARD TOYS LIMITED'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DEBORAH RYAN

I, RICHARD P. SYBERT, declare and state as follows:

1. I am an attorney admitted in this matter *pro hac vice* on behalf of Plaintiff Lanard Toys Limited ("Lanard"). I am a partner at Gordon & Rees LLP, attorneys of record in this action for Plaintiff. I submit this declaration in support of Lanard's Motion to Exclude the Opinions and Testimony of Deborah Ryan.

2. The statements set forth below are true and correct to the best of my knowledge and belief, based upon information available to me, and if called upon as a witness, I could and would testify competently under oath to all such facts. Any report, compilation or document relied upon me in this declaration was created, made and maintained in the regular course of business, at or near the time of the act, condition or event so referenced.

3. Attached hereto as **Exhibit A** is a true and correct copy of the June 9, 2017 report authored by defendants' designated expert, Deborah Ryan ("Ryan Report").

**GORDON & REES SCULLY MANSUKHANI**
200 S. Biscayne Blvd, Suite 4300, Miami, FL 33131·• Telephone: 305.428.5300

4. Ms. Ryan was deposed in this matter on June 30, 2017. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from the transcript of Ms. Ryan's deposition ("Ryan Depo.").

5. Attached hereto as **Exhibit C** is a true and correct copy of the initial opening report of Lanard's designated toy industry expert, Larry B. Myer, dated May 19, 2017 ("Myer Report").

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 31st day of July, 2017 at Carlsbad, California.

_____
Richard P. Sybert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing was served by electronic notice on all counsel or parties of record on the Service List below.

*s/ Eric R. Thompson*
Eric R. Thompson
Florida Bar No. 888931

**Service List**
Fred Page
Holland & Knight
50 North Laura Street
Suite 3900
Jacksonville, Florida 32202
*Counsel for Defendants*

Lewis Anten
Ivy Choderker
Lewis Anten, P.C.
16830 Ventura Boulevard, Suite 236
Encino, California 91436
*Counsel for Defendants*