# EXHIBIT A

# EXHIBIT A

## REPORT OF DEBORAH RYAN

This report sets forth my opinions in this matter relating to custom and practice in the toy industry, the Plaintiff, Lanard Toys Limited ("Lanard"), Defendant, Ja-Ru, Inc. ("Ja-Ru") and the parties' various chalk holders at issue in the case. I have been informed that this Report is in support of the defense of this action by Ja-Ru, Toys "R" Us – Delaware, Inc. ("TRU") and Dolgencorp, LLC ("DolGen"), and it also separately rebuts the opinions expressed in Lanard's Expert Report of Larry Myer dated May 19, 2017 (the "Myer report").

### 1.    **Qualifications and Professional Background**

Attached as Exhibit 1 is a copy of my current CV.

My background encompasses more than 30 years as a toy and product designer at various well-respected and leading toy companies, including Mattel and Disney, and, more recently, as an educator in the area of toy design. I have been directly responsible for the design of hundreds of toys that have been sold by major retailers including Toys "R" Us, Target, Walmart, and specialty stores worldwide, and I have consulted on hundreds of additional toys for which I was not directly responsible.

For the past 11 years I have served as the Academic Chair of Toy Design at Otis College of Art and Design in Los Angeles, California. Otis is one of only two fully accredited Toy Design programs that offer a 4 year Bachelor of Arts degree in Toy Design.

Since 2007, I have also been recognized as a leading expert in the area of toy design by others in the toy industry by being selected to serve and serving on the nomination committee of the Toy Association's Toy of the Year (TOTY) Awards. These Awards are announced at the annual New York Toy Fair, which is one of the largest and most respected toy fairs in the world each year. The nomination committee is comprised of 25 toy experts who determine the official TOTY finalists. Known as the "Oscars" of the toy industry, the TOTY Awards are presented annually to the top toys, games, and properties of the year. Each committee member ranks the nominations on the following criteria:
Creativity and Originality
Design and Quality
Excellence of Product
Marketing and Promotion

I am also a member of the Selection Committee for the National Toy Hall of Fame located in the Strong National Museum of Play in Rochester, New York.

As a designer at Mattel, and later as a Creative Manager and Design Director at companies, including Disney, I have always understood the importance of respecting the intellectual property rights of others and worked on hundreds of projects where we attempted to avoid infringing upon the rights of others. I highly value creativity, seek to encourage it in my students and enjoy seeing the original works of other designers. Adherence to intellectual

property rights and patent ownership has always a primary concern of mine both during the design process when I was working and consulting on literally hundreds of design projects, and especially now in connection with the lessons I try to teach my students. I am proud that none of my toys or products have ever been legally challenged as infringing upon the rights of others.

I have been asked on many occasions to consult as an expert on toy disputes and litigation matters. I have always turned those down as I have not wanted to get involved in disputes with toy companies given my position as an educator. I have therefore not testified at trial or by deposition in the past four years. However, in this case, for the reasons expressed below, I have decided to serve as an expert for the Defendants given the positions taken by Lanard and Mr. Myer in this matter.

2.     **Compensation**

My compensation is $200 per hour for review work and report preparation and $250 per hour for testimony.

3.     **Materials Reviewed**

In addition to the materials described herein, I have also reviewed the following:

        a.     Lanard "full size" chalk holder;
        b.     Lanard "mini" chalk holder;
        c.     Ja-Ru chalk holder;
        d.     Dixon SenseMatic mechanical pencil;
        e.     Second Amended Complaint and exhibits filed in the action;
        f.     Lanard's D671,167 Patent.

4.     **Opinions**

As indicated above, I have been retained to render my professional opinion in the legal dispute between Lanard and Ja-Ru regarding chalk holders in the shape of a pencil sold by both companies. I have also read the Myer Report. Mr. Myer's opinions expressed in the report are flawed as discussed in detail below.

### A.     *Ja-Ru did nothing wrong in designing its chalk holder and acted reasonably and consistent with toy industry custom and practice.*

In all of the roles that encompass my professional experience, I have had to analyze and differentiate between an inferior copy of a toy, referred to as a "knock-off," and one that has a similar look or function but is significantly different and provides a better value in some manner to the end user. For ethical and legal reasons, I would not personally design or encourage any of my students or designers that I have managed in the toy industry to create a "knock off" of another's product or toy.

Toys that look similar are not necessarily knock-offs or copies of each other.

Manufacturers compete in the toy market all the time, and often there are many different existing versions of a product manufactured by many different companies. Just because one manufacturer is the first to come up with any idea does not mean that they are entitled to a monopoly over that idea and can prevent competing toys from being sold. Competition is common and encouraged, with each manufacturer striving to improve on the designs of toy products offered to consumers. They compete by making product improvements and often by also manufacturing a design for a lower cost that allows a retailer to compete for sales of these products by offering it at a lower price to the consumer. Consumers make price/ value choices all the time.

My opinion in this matter is that Ja-Ru did nothing wrong in designing its chalk holder, which is not a knock-off of Lanard's novelty item. I understand that Ja-Ru modeled its design after a mechanical pencil that is unrelated to Lanard. This may explain why there are many design differences between the Lanard and the Ja-Ru products, including different ferrules, different sizes, different proportions, different markings, different ridges and even different colors. The Ja-Ru product, while using the idea of a pencil shaped chalk holder, is a completely different product from Lanard's, serves a different purpose, and targets different end-users at a different price point.

### Ja-Ru's chalk holder is not a knock off of Lanard's chalk holder
The Ja-Ru chalk product is not a copy or inferior version of the Lanard product. In fact, the many design differences – especially the size and proportion differences – show that Ja-Ru was targeting a different market than Lanard. Also, the retail price of the Lanard product at $5.00 for a plastic, pencil shaped chalk holder with minimal storage for additional chalk is not a good value, particularly when the market is so competitive with so many other choices. The Ja-Ru product is a much better value at $2.00 for chalk toy for kids. The addition of the feature of increased storage in the Lanard product does not justify the increased price and the larger size is awkward to the point of being ergonomically unusable by small children. In my professional opinion, where the Lanard product fails as a toy chalk holder / drawing pencil because it is ergonomically too large for the size of a child's hand and too expensive as a pencil-shaped, novelty chalk storage container, the Ja-Ru product is a significant improvement over its design.

The fact that Ja-Ru intentionally modeled its product off a common mechanical pencil, and not Lanard's, is proof to me that Ja-Ru had no intention of knocking-off Lanard's product and actual took affirmative action to make its product look different than Lanard's. This is exactly the type of product and design competition that is permitted and encouraged in the toy industry. There was nothing unfair or unreasonable about Ja-Ru's competition with Lanard on these products, and Ja-Ru's design process and resulting product is consistent with custom and practice in the toy industry.

*The Lanard product serves a function that has been addressed by many other manufacturers.* In addition to replicating the appearance of a standard no. 2 yellow pencil, the Lanard product serves to allow the child to hold chalk and draw or write without getting chalk all over their hands and clothes. In my research and experience in the toy market, hundreds of retractable chalk holders exist and the mechanics of the Lanard chalk holder is not unique. This need by consumers has given

rise to many different versions of toys that serve this function.

*There is nothing unique or distinguishable about the look of the Lanard product.*
There is nothing unique or distinct about the look of the Lanard product. The holder replicates the look of the generic standard #2 yellow pencil that is marketed and sold under many brand names. Its image is used in many practical and novelty products. Products that look like a pencil vary in size and materials and are found in many types of items as varied as room décor, classroom decorations, storage containers, etc. The Lanard Chalk Pencil also has a generic name that a consumer would use to describe its function, rather than relating to a particular brand or company.

*The name "Chalk Pencil" is commonly used in the arts and craft market.* The name "Chalk Pencil" is commonly used in the arts and craft market to describe many generic chalk products. (See attached images at Composite Exhibit 2.) Lanard's graphics on the holder, "chalk pencil" merely describes the product but there is nothing that distinguishes it as a brand by a logo or other unique imagery. The graphics on Ja-Ru's product is the word "chalk", another generic term. The typeface is different from that of the Lanard product. Ja-Ru's product only refers to itself as a "chalk pencil" on its packaging, as do numerous other chalk products that exist in the marketplace.

*The Ja-Ru product is distinctly different from the Lanard product.*
Ja-Ru's product is an improvement on the idea of a pencil shaped chalk holder. Ja-Ru's product is smaller in size making it ergonomically superior to Lanard's. In an effort to accommodate space to store additional chalk, the one by Lanard is cumbersome for a child to hold without using 2 hands, but that makes writing or drawing difficult. A customer would find these two products in comparison to be very different. Customers looking to buy a toy would be more likely to choose the one by Ja-Ru because of its ease of use, enhancing the play value. The Lanard product allows for larger storage of extra chalk, but the tradeoff of making it awkwardly large is problematic. It is not large enough to make it a cost-effective storage container, but too large to be used easily as a drawing tool for a child.

Ja-Ru's packaging is also brighter and more eye catching than Lanard's, and has more descriptive graphics on the front of the package, adding to its appeal. Ja-Ru's package is cleverly shaped as a pencil, while Lanard's is an unoriginal rectangle shape. The back of the Ja-Ru package has 4 step-by-step instructions of how the product works, and the instructions are more detailed and easy to read than those on Lanard's package. The material used in the erasers are different, and the tip on Ja-Ru's chalk holder is silver colored, better replicating a mechanical pencil. Also, the silver part that holds the eraser is more realistic looking than Lanard's. These changes all create a very different look and feel for the Ja-Ru product as compared to Lanard's, which demonstrates that Ja-Ru did not set out to knock-off Lanard's product and did not knock-off Lanard's product. Instead, Ja-Ru made a better product and differentiated its product from Lanard's in the marketplace.

### B. Mr. Myers Opinions are Flawed.

Mr. Myer offered several opinions in this case that are incorrect and apparently biased as
Mr. Myer is as a former VP of Sales for Lanard. Mr. Myer's opinion and statements that I
dispute and would like to rebut are that:

       a. "Lanard is a reputable company …";
       b. "Ja-Ru, located in Jacksonville, Florida, is also well known in the industry
          [for]… making cheap versions of other companies' designs."
       c. DolGen and TRU "have a well-deserved reputation for carrying a proprietary
          toy with design rights for one or two selling seasons and then switching to a
          cheaper version or knock-off of the same toy made by someone else who has
          not made the same investment in design."
       d. "the Ja-Ru product is a flat-out copy of Lanard's design. Any differences are
          minimal and would likely not even be noticed by either retailers or consumers
          in the marketplace."
       e. "It is also evident to me that the Ja-Ru version is a lesser quality product; it
          is smaller…"

All of these statements are simply wrong in my opinion and experience in the toy industry.

First, Lanard is not a reputable company. I am very familiar with Lanard based on my
experience in the toy industry. My familiarity with Lanard and my disagreement with the
statements of Mr. Myer are why I agreed to get involved in this case. I could not believe that
of all companies, Lanard would accuse another company of being a knock-off artist. This is
the prototypical case of the "pot calling the kettle black."

Lanard is well known for making "knock-offs" of other existing successful brands,
particularly those of Hasbro. I have known this about Lanard for many years. The examples
of Lanard's knock-off conduct are many, particularly the brand Lanard calls "Pop Star
Pony," that is a knock-off, cheaper version of Hasbro's My Little Pony brand with many
knock-off versions offered. They also have numerous water guns under several names
including BallistX Blaster and Wave Thrower that are derivative of the famous Super
Soaker line of toys by Hasbro. They also have a brand called the Corps that is their version
of GI Joe. Lanard also has a knock off of Hasbro's Nerf brand that Lanard sells under the
name of Huntsman. Examples of some of these knock-offs by Lanard are attached at
Composite Exhibit 3.

Further proof of Lanard's reputation as a knock-off company is found by simply
"Googling" "Lanard" and "knock-off" which reveals how the actual consumers are
referring to Lanard's products as knock-offs. The results for this search is included in
Composite Exhibit 3.

Second, I have never heard of Ja-Ru prior to this suit, nor have I ever heard of them making
cheap versions of other companies' toys. In my experience, Ja-Ru does not have the "well
known" reputation that Lanard does as a knock-off artist in the toy industry. A review of
Ja-Ru's product line further demonstrates that they do not act like Lanard does in knocking
off entire product lines of famous manufacturers.

Next, as with all major retailers, DolGen and TRU are known to be tough on toy

manufacturers on price issues and will pressure manufacturers to get the best price possible.
Because there are so many manufacturers competing for their business, it is the
manufacturers who act to undercut each other, not the major retailers. I do know that all
major retailers attempt to avoid intellectual property disputes, which are expensive and
draining on a business. Because of the volume of toys sold, most large retailers in the toy
industry rely on the toy manufacturers to not infringe on the rights of others, and it would
be impossible for manufacturers to police the design process for the 1000's of different toys
they carry. Instead, retailers limit their purchases to manufacturers with good reputations
who stand behind their products.

Next, as discussed above, Ja-Ru did not copy Lanard's chalk holder. Lanard's contention
that Ja-Ru's chalk holder is a copy is inconsistent with Lanard's treatment of other
company's product lines in the industry.

Finally, Mr. Myer's statements that the differences in Ja-Ru's and Lanard's chalk holders
would not be noticed and that Ja-Ru's chalk holder was inferior in part because it was
smaller are inconsistent with Lanard's conduct in copying the size of Ja-Ru's chalk holder
and in using Ja-Ru's chalk holder to market Lanard's "mini" chalk holder (which I am told
Lanard did). Lanard produced a smaller version of their chalk holder after Ja-Ru's was
already on the market. The fact that they replicated the smaller size, as an improvement
to their earlier version, indicates they did not regard the Ja-Ru chalk holder as an
"inferior" product or believed that the difference would not be noticed by retailers and
consumers, but instead viewed the smaller size as an improvement on their larger more
expensive, cumbersome design.

## C.    Summary

In summary, in my professional opinion, the Ja-Ru product is not a copy or knock-off
of Lanard's, and Ja-Ru did nothing unfair or inconsistent with toy industry norms in
designing and selling its product. There are often products in the toy market that are
similar in some manner, and it makes sense for retailers to choose the one of superior
quality and lower price. The quality and functionality of Ja-Ru's product are equal and
in many ways superior to Lanard's. Retailers should have the option to choose whatever
they feel will be the best for their customers. The only harm to Lanard by the addition
of Ja-Ru's chalk pencil would be loss of sales because a retailer found Ja-Ru's to be
superior.

Dated this 9th day of June, 2017.

Deborah Ryan

Deborah Ryan

# EXHIBIT 1

Report of Deborah Ryan

**DEBORAH RYAN**
**920 Lomita Street**
**El Segundo, California 90245**
**(310) 640-8366**
**debryan@sbcglobal.net**

---

### SUMMARY

College educator and Design professional with diversified experience in the design and development of toys, licensed products, apparel, collector and fashion dolls, feature plush, novelties, gifts, and other consumer products.  Exceptional leadership ability in managing team projects and adhering to budgets and deadlines.

### PROFESSIONAL EXPERIENCE

**OTIS COLLEGE OF ART AND DESIGN, Los Angeles, CA**          **2006– Present**
**Chair, Toy Design Department**
- Responsible for the primary leadership in departmental curriculum planning, academic program development and evaluation, academic advisement, and formulation and communication of relevant departmental policies and procedures. The Toy Design Department offers an interdisciplinary design program leading to a Bachelor of Fine Arts degree, and is the only four-year WASC accredited Toy Design degree in the nation.
- **2001-2006-**  Part time Faculty, teaching Toy and Product Design classes while employed full time at companies listed below.

**THE WALT DISNEY COMPANY, GLOBAL TOYS, Burbank, CA**          **2004 - 2006**
**Design Director**
- Responsible for design, product development and sourcing of all direct to retail plush for major retailers including Toy R Us, Walmart, and Target.

**AURORA WORLD INC., Pico Rivera, CA**          **2003 - 2004**
**Director of Design and Product Development**
- Responsible for directing all aspects of creative staff, in house and freelance, domestically and overseas in the design and development of plush, toys, products for gift market, packaging and displays.

**THE WALT DISNEYCOMPANY,  Glendale, CA**          **1997 - 2003**
**Creative Manager**
- Directed the design of apparel, toy and related products for **Disney Stores, Catalog, and Online**, from concept through final production, reporting directly to the Vice President of Design and Merchandising.
- Took the creative lead, and received recognition for winning upper management approval against initial resistance in initiating the Disney Multi-princess program. The program generated more than 200 million dollars in sales during its first year.  As a result, the program became a companywide initiative.
- Led project teams that designed a diverse assortment of apparel representing Disney film and television properties, as well as core brands such as Mickey and Pooh.
- Selected and managed external and internal design resources, while adhering to departmental fiscal budgets.
- Partnered with the product management team to develop a creative vision for worldwide products and an integrated retail presence for Disney Stores, Catalog, and Online.

**APPLAUSE, INC., Woodland Hills, CA**                              **1995 – 1997**
Creative Manager

- Responsible for the creation of new piece types for major Licensed, Everyday, and Seasonal market lines.
- Directed in-house and free-lance artists in the design of licensed products. Presented designs to Licensors for approval including: **Disney, Children's Television Network (Sesame Street), Jim Henson Productions (Muppets), Peanuts, Warner Bros.(Looney Tunes characters), Lucas Films(Star Wars), Nickelodeon** and numerous movie properties.
- Managed 5 member plush and soft-goods design team in the creation of prototypes and patterns for mass production in the Orient.
- Interfaced with Engineering on all pertinent design and product development issues utilizing keen awareness of costing and development issues.

**MATTEL TOYS, El Segundo, CA.**                              **1984 – 1995**
Senior Project Designer

- Created new doll line concepts for large and small dolls, and plush, by quickly obtaining top management approval, successfully gaining cooperation from related departments not under direct authority, and consistently shortening the product development cycle.
- Expanded play pattern of existing core brand to a new market segment by creating "Bedtime Barbie," which generated $50 million in sales in the first year, and created a continuing segment for future growth of the line.
- Substantially expanded sales of Disney Classic Dolls by designing "Water Jewel Aladdin and Jasmine," and "Arabian Lights Jasmine," which created unique features and costumes beyond those, which were in the movie.
- Received Doty award for "Doll of the Year" from Doll Reader Magazine for design of "Swan Lake Barbie," the first in a series of ballerina dolls.
- Utilized innovative new technology and computer generated design of fabric art in miniature for doll costumes.
- Designed "Birthday Party Barbie," incorporating a unique play-pattern and themed graphic design, which generated $80 million in doll sales. Also coordinated design of licensed products for related items, i.e., party and paper goods, which resulted in an additional $40 million in sales.
- Supervised a staff of 5 employees: Trained and developed staff, planned and scheduled workloads, and set goals and conducted performance assessments.

**PALM BEACH, INC. Cincinnati, OH**                              **1980 – 1984**
Designer

- Designed line concepts for several "misses" clothing lines, including **Gianni Versace** Ready-to-Wear, which was licensed by the Palm Beach Company. These designs were reviewed for approval by Gianni Versace.
- Designed prototype garments and drafted and/or draped first through production patterns.
- Supervised sample making staff and prepared sketches and written specification for the manufacture of sample and production garments.

## EDUCATION

**University of Cincinnati, College of Design, Architecture and Art**
Bachelor of Science Degree in Design
Dean's List - **Graduated Magna Cum Laude**

# COMPOSITE EXHIBIT 2

Report of Deborah Ryan



Target / toys / kid's arts & crafts / drawing & coloring

## Ubrands Chalk Pencils, 6ct - Multicolor

shop collections    shop all UBrands





## Jo-Ann Fabrics and Crafts

21800 Hawthorne Blvd, Ste 100, Torrance

(310) 214-0992

www.joann.com

chalk pencils

## The Write Dudes Chalk Pencils 6pk



**$6.99 nearby · In stock**

Jo-Ann Fabrics and Crafts

21800 Hawthorne Blvd, Ste 1100, Torrance

Open today · 9:00 AM - 9:00 PM

See other locations

**Available online**

joann.com

Shop Online

Introducing a new way to write on your chalk board without the dusty mess....Its chalk pencils! This handy pack of 6 bright colored chalk pencils are great for fine point detailed writing or drawing, and are easily sharpened in any sharpener.Includes: 6 Colored Chalk pencilsPencil.... more »




Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Drawing › Drawing Media › Pencils

Roll over image to zoom in

Dritz

# Fons and Porter Chalk Pencils, 4-Pack

★★★★☆ ▾  39 customer reviews

List Price: ~~$12.99~~

Price: **$8.82** ✓Prime | FREE One-Day

Delivered tomorrow for FREE with qualifying orders over $35. Details

You Save: $4.17 (32%)

**Coupon** 20% Subscribe & Save coupon

Coupon available for Subscribe & Save purchase option only. Details

## In Stock.

**Get it tomorrow, June 8.** Order within **13 mins** and choose **One-Day Shipping** at checkout. Details
Ships from and sold by Amazon.com. Gift-wrap available.

- Quality chalk pencils designed for use on washable fabrics when marking quilting lines seam allowances for hand piecing and placement lines for applique pieces
- Marks can be removed by rubbing lightly with a damp cloth
- Sharpen carefully with hand-held sharpener (not included).

**Unlock extra savings with Subscribe & Save.**
Unlock 5% savings on this product when you subscribe to 5 or more products that arrive in the same month. Skip or cancel any time, and shipping is FREE. Learn more

**New (20) from $8.82** ✓Prime

☐ Report incorrect product information.

# COMPOSITE EXHIBIT 3

## Report of Deborah Ryan

## Hasbro Super Soaker



## Lanard Wave Thrower



Hasbro



Lanard





This shows how it is common knowlwdge by consumers and collectors alike that Lanard produces "knock offs" of Hasbro's "My Little Pony" brand.

**Lanard's Pop Star Pony is an example of how Lanard has knocked off an entire toy Brand that is owned by Hasbro and is an entertainment franchise.**

**My Little Pony** is an entertainment franchise developed **by Hasbro**, originally as a toy line for girls. The ponies feature colorful bodies, manes and a unique symbol on one or both sides of their flanks. The original toy line inspired animated specials, an animated feature-length film, and two animated television series. The original toy line, sold approximately 100 million ponies globally by 2010. Hasbro launched the fourth incarnation of the franchise in 2010, which started with the animated series *My Little Pony: Friendship Is Magic*. The brand grossed over US$1 billion annually in retail sales in 2015[5] and 2014, and US$650 million in retail sales in 2013.

Hasbro



Lanard



Lanard



Hasbro

NERF® N-Strike Elite HyperFire Blaster






Hi! Sign in or register    |    Daily Deals    Gift Cards    Help & Contact     Fill Your Cart with Color    Sell    |    My eBay

Shop by category

| All Categories | Advanced |

< Back to home page    | Listed in category:    Toys & Hobbies  >  Action Figures  >  Military & Adventure

---

**People who viewed this item also viewed**


G.I. Joe Military Action Figure 2003 Lanard 4 Inch
$1.99
+ $3.21


2003 Lanard Army Corp 4" Military Action Figures
$16.00
+ $1.99


Lot Of 5 2003 Lanard Army Corp 4" Military Action…
$18.50
Free shipping


GI JOE BATS B.A.T.S. ACTION FIGURE HASB…
$20.00
+ $4.50

---



## 2003 Lanard Military Army GI Joe knock off 4" Figure

| | |
|---|---|
| Item condition: | **Used** |
| Time left: | 5d 04h  Wednesday, 3:00PM |

✉ f 🐦 📌 | Add to watch list

**Seller information**
littlepetshopsales (3147 ⭐)
99.8% Positive feedback

Price:    **US $4.99**

**Buy It Now**

**Add to cart**

👁 Add to watch list
⭐ Add to collection

+ Follow this seller

Visit store: 🏪 littlepetshopsales

See other items

**Free shipping**    |    Located in United States

Shipping:    **FREE**  Standard Shipping  | See details
Item location:  Roy, Utah, United States
Ships to:  United States and many other countries | See details

Delivery:    Estimated between **Wed. Jun. 14** and **Mon. Jun. 19** ⓘ

Payments:    PayPal  VISA  ●●  AMERICAN EXPRESS  DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay.  Apply Now  |  See terms



When you strike Liquid Gold, keep diggin'.
Velveeta ORIGINAL
AdChoices ▷

2003 Lanard Military Army GI Joe knock off 4" Figure | eBay



See details

Returns:    14 days money back, buyer pays return shipping
            | See details

Guarantee:  eBay MONEY BACK GUARANTEE | See details

            Get the item you ordered or get your money back.
            Covers your purchase price and original shipping.

$ Have one to sell?    Sell now

Description    Shipping and payments    Report item

Seller assumes all responsibility for this listing.

eBay item number:  152549664064

## Item specifics

Condition:    Used: An item that has been used previously. See the seller's listing for full
              details and description of … Read more

Brand:        Lanard
Year:         2003

Type:         Action Figure
Size:         4in.

### littlepetshopsales

littlepetshopsales (3147 ★)    99.8%

📇  Sign up for newsletter

Visit Store:    littlepetshopsales

Items On Sale

## Categories

Littlest Pet Shop        ›

Matchbox                 ›

Hot Wheels               ›

Little People            ›

Tonka                    ›

2003 Lanard Military Army GI Joe knock off 4" Figure

Free Shipping!!!

http://www.ebay.com/itm/2003-Lanard-Military-Army-GI-Joe-knock-off-4-Figure-/152549664064[6/9/2017 10:17:46 AM]

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## Explore more options: Brand

### Hasbro

More


GI Joe Vintage Figure Lot of 10 80s 90s ARAH for part
$24.99
+ $3.99


1964 VINTAGE GI JOE JOE EZETA : 1975 TALKING LI
$2,750.00
+ $25.00


Hasbro GI Joe The Defenders Action Figure With Origi
$21.99
+ $4.30

### Lanard


More


lot 8 vintage The Corps! Special Forces lanard action fi
$11.99
+ $4.99

Vintage Gi joe 3.75" Lanard figures 80s 90s mixed lot B
$29.99
+ $7.49


Vintage Gi joe 3.75 Lanard figures 80s 90s mixed lot B
$24.99
+ $4.99

## Explore more options: Size

### 3.75in.

More

  

### 4in.

More

  

GI JOE BATS B.A.T.S. AC-
TION FIGURE HASBRO 3.

$20.00
+ $4.50

Vintage Original 80's Hasbr
o GI Joe g.i ARAH 1986 fig

$17.99
+ $13.00

RARE National Defense 3.
75" figure & Accessory Pac

$14.99
+ Shipping

2003 Lanard Army Corp 4"
Military Action Figures

$16.00
+ $1.99

Lot Of 5 2003 Lanard Army
Corp 4" Military Action Figu

$18.50
Free

Lot Of 4 2003 Lanard Army
Corp 4" Military Action Figu

$14.50
+ $3.75

## Similar sponsored items

Feedback on our suggestions








Gibson Studio Line by Laurie
Gates 12 Piece Mauna Mela

$41.04
Free shipping

Melamine Blue/Green Sea Li
fe 12-Piece Dinnerware Set -

$72.94
Free shipping
Last one

Melange 100% Melamine Cr
ackle Collection 12 Piece Di

$35.39
Free shipping

Gibson Home 12 Piece Almir
a Melamine Dinnerware Set

$32.37
Free shipping

OpenBox Gibson Studio Lin
e by Laurie Gates 12 Piece

$33.61
Free shipping

Gibson Home 12 Piece Brist
Melamine Dinnerware (Set o

$36.48
Free shipping

NOUVEAU CROSSLAND X
LA BELLE VIE.
> DÉCOUVREZ-LE

Back to home page

Return to top

More to explore : 2003 Military and Adventure Action Figures, GI Joe Girls Military & Adventure Action Figures, GI Joe Unbranded Military & Adventure Action Figures, GI Joe Kids Military & Adventure Action Figures, GI Joe Military and Adventure Action Figures, GI Joe Military & Adventure Action Figure Accessories

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice





MENU

SIDEBAR

# 2013 LANARD TOYS WAREHOUSE SALE

December 7, 2013 | Rob B | 22 comments

This is my third year covering the annual sale held by Lanard Toys, the prolific maker of that most long-lived of GI Joe knockoffs, the CORPS! The local office, situated on the rather quaint main street of the Kansas City suburb Sugar Creek, opens its doors during the Christmas season most every year. Folks have asked what it's like to visit, so here's you answer, finally.

In previous years, I've posted a simple gallery, but this year I figured I'd up the ante and shoot a little video. I've edited out the odd looks from the employees and focused solely on the awesomeness of a building half jam-packed with wanna-be GI Joe toys. It's like you're really there! I've not left out the traditional pics, however. Check out a gallery below the video. There's even a shot of some knock-off My Little Ponies for all you Bronies out there.

Joe A Day Lanard Warehouse Sale 2013 Report

















































**Share this:**

☐ Email   ☐ Facebook 25   ☐ Twitter   ☐ Pinterest   ☐ Reddit

Jet Skier (Lanard Toys)         Animal Ambush: Dark Waters        Lanard Toys 2014 Warehouse
                                (Lanard CORPS!)                   Sale

tagged with Lanard CORPS!, Not Joe

Not Joe

# 22 COMMENTS

| Acer | December 8, 2013 12:43 am |
|------|---------------------------|



Wow! I had no idea Lanard did this level of business! And those Star Force figures must be the only original-style construction figures they still produce.

Reply

**Dreadnok: Spirit**    December 8, 2013 1:10 am



Thanks for posting this. I didn't know the CORPS line was this extensive.

Reply

**Skymate**    December 8, 2013 1:29 am



Wow so much stuff.
I like the C.O.R.P.S. I have fond memories of the older ones and i dont know where i'd be without the spare parts and custom fodder most of the others have provided.

Anyone else notice that the S.T.A.R force gift set contains a jetski?

Reply

**Ren**    December 8, 2013 2:14 am



Where can I find that vintage 10 pack re-issue? I've looked everywhere!

Reply

**Clutch**    December 8, 2013 4:03 am



It's neat to see how Lanard has continued to thrive as a company for so many decades now. Lots of product variety to be found there. Not bad at all for a brand which is mostly noted for aping Hasbro stuff since the 80's. Thanks for sharing the video and pics!

Reply

**Deadborder**    December 8, 2013 6:34 am

I don't think I've seen CORPS here in Sydney in years. I had no idea that so much older



stuff was still in circulation.

Now if only they'd re-issue Hat Trick Lemonade and the other cracky CORPS sports figures!

Reply

| Skymate | December 8, 2013 7:06 am |



@Daedborder
My town [wagg wagga] still gets in modern CORPS stuff at K-mart and BigW but they are usually only the "Deluxe" figures. The ones that come with the little rafts or jets.

Reply

| Neapolitan Joe | December 8, 2013 5:13 pm |



Too much crap.

Reply

| YT | December 8, 2013 10:51 pm |



Great coverage Rob! Just like being there.

Reply

| shadowcontact | December 8, 2013 11:39 pm |



Arrrghhh I want a "Space Cowboy" and that 12″ Marauder member sooooooo Bad!

Reply

| Scott | December 9, 2013 5:27 am |

I never knew where Lanard was. Their product is slim in this area, but that looks like a fun



time. I see a few vehicle items I would purchase.

Reply

**cyko9**    December 9, 2013 10:53 am



What a great "virtual tour"! Thanks for editing and posting that. Your spotlights of various CORPS stuff has given me an appreciation for their uniqueness. The trio of Deep Six wannabes takes the trophy this year. Who would look at that figure and say, "hey, this is great! Let's make a few variations on this and sell it!"

Reply

**Dekkard**    December 10, 2013 3:54 am



So jealous!!!

I've got a lot of Corps stuff but it's really hard to fill those little holes in my collection.

Reply

**Anonymous**    October 6, 2014 5:29 pm



Hi, just wanted to know if lanard in kansas was closed? because they dont show on the web site
thanks

Reply

**Rob Buzan**    October 6, 2014 5:50 pm



The location is in Sugar Creek, Missouri and as far as I know is still in operation. There is going to be another warehouse sale starting in November. I will of course have coverage of it here in JAD.

Reply

**Dustin Clark**    November 6, 2014 11:07 pm

I live in Omaha Nebraska and would love to make the drive down for this. Do you know when it will be going on this year?



<span style="color:red">Reply</span>

**Rob Buzan**      November 6, 2014 11:18 pm



I just found out that it starts on November 24th at 9:00am.

<span style="color:red">Reply</span>

**Dustin Clark**      November 11, 2014 11:05 pm



Got the day off from work. I'll be seeing you there Rob

<span style="color:red">Reply</span>

**Rob Buzan**      November 11, 2014 11:24 pm



Cool, though you'll have to fight me for any K-9 Corps that I'm missing.

<span style="color:red">Reply</span>

**Dustin Clark**      November 13, 2014 7:53 am



I won't fight for anything. I do need the address for my GPS.

<span style="color:red">Reply</span>

**Dustin Clark**      November 18, 2014 8:03 am



Is there anything you are looking for Rob. I can bring something down with me.

Reply

---

**Myth**  May 27, 2016 8:31 am

 make shipments to Mexico? I am interested in the action set luxury of space forces Lanard that it comes with a jeep, I want two sets of these , and two space cowboys , I can make orders? I would like to know prices to ask for more

Reply

## LEAVE A REPLY

WordPress     Dynamic News

GI Joe Knock off fan page, Remco, Lanard, and More - Home

f

# GI Joe Knock off fan page, Remco, Lanard, and More

Home

About

Photos

Videos

Posts

Community

Create a Page

👍 Like    🔖 Follow    ➤ Share    •••More

## Featured For You                                    ✕

150 people like this

151 people follow this

Post as yourself or as one of the Pages you manage.

Post Attribution Settings          OK

Close popup and return

**GI Joe Knock off fan page, Remco, Lanard, and More**
added a new photo to the album: Lanard Rescue Corps.
June 3 at 4:24pm · 🌐

## Community

### Community                          See All

👥 **Invite your friends** to like this Page

👍 150 people like this

📶 151 people follow this

### About                              See All

💬 **Send Message**

🏠 **Community**

### Photos                               ›

### Chat (4)

### Videos                               ›

●●●○○ iWireless 🛜  7:44 PM

🔍 gi joe battle corps

Follow                          Sort    Filter (1)

RARE VINTAGE 1993 HASBRO GI
JOE BATTLE CORPS COBRA
MAJOR BLUDD FIGURE SEALE...
Brand New · Hasbro

$19.95
+$4.95 Shipping

RARE VINTAGE 1993 HASBRO GI
JOE BATTLE CORPS LIFELINE
MEDIC FIGURE SEALED MOC!
Brand New · Hasbro

$19.95
+$4.95 Shipping

GI JOE 1993 Battle Corps
Barricade Gold/Orange Variant
MOSC
Brand New · Hasbro

$15.99

👍 Like    Show more reactions    💬 Comment    ➤ Share

June 2 at 3:23pm · 🌐

👍 Like    Show more reactions    💬 Comment    ➤ Share

🌐

👍 3    💬 10

👍 1

People Also Like

🖒 Like

🖒 Like

🖒 Like

+

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2017

👍 Like     Show more reactions     💬 Comment     ➡ Share

👍 1                                                    Top Comments ▾

Write a comment...

😊 📷

Pre... ... post.

**Andrew Ruschmann**

Like Show more reactions · **Reply** · May 25 at 11:11am

**Andrew Ruschmann**

Like Show more reactions · **Reply** · May 25 at 11:11am

View 7 more comments



May 20 at 11:33am · 🌐



# Etsy

Sell on Etsy    Register    Sign in    ☐ Cart

Father's Day    Clothing & Accessories    Jewelry    Craft Supplies & Tools    Weddings    Entertainment    Home & Living    More☐

## OgreberryCottage
♡ Favorite shop

   

**246** items

♡ Favorite    **Like this item?**
Add it to your favorites to revisit it later.



zoom

**Item details** | ☐ ☐ ☐ ☐ ☐ (724) | Shipping & Policies

G1 My Little Pony-knockoffs, lot of 2 Lanard brand ponies. Yellow pony is a 1984 "Party Pony" and the white pony is dated 1994. Untrimmed hair on both. The texture is slightly rough because these were lower-quality toys than real MLP. The white one has tinsel in its hair. Paint looks good on both, some hoof wear on the white one. The white one also has some reddish stains on underside. Lovely "phony" ponies to add to your collection. I'm rather fond of Lanard fakies myself. From a smoke-free home.

## Vintage LANARD Party Ponies (Knockoff/Fakie My Little Pony) Lot of 2

**$10.00**    Ask a question

Only 1 available

### Overview
- Vintage item
- Ships worldwide from United States
- Feedback: 724 reviews
- Favorited by: 17 people

This shop accepts Etsy gift cards

♡ Favorite    ⊞ Add to ⌄

 Tweet    Pin it     tumblr. +



## OgreberryCottage
in Burlington, Wisconsin




...
$12.00


...
$45.00

...
$10.00

...
$15.00


...
$8.00


...
$18.00


...
$20.00


...
$10.00

**Related to this item**

| Toys & Games | Toys | Dolls & Action Figures | Animals | My little pony | Ponies | G1 | MLP | KO | Fakie | Lanard |

Listed on Jun 7, 2017    **17 favorites**

Report this item to Etsy

Get fresh Etsy trends and unique gift ideas delivered right to your inbox.

Subscribe

**Turn your passion into a business**

Open a shop

**Sell on Etsy**

Open a shop

Seller Handbook

Etsy credit card reader

**Join the community**

Teams

Forums

Upcoming events

Affiliates

Etsy Local

**Discover and shop**

Gift cards

Blog

Mobile apps

Gift registries

Wholesale

Search

Editors' Picks

**Get to know us**

About

Policies

Careers

Press

Developers

Investors

**Follow Etsy**

☐ Facebook

☐ Twitter

☐ Pinterest

☐ Instagram



Hi! **Sign in** or **register**  |  Daily Deals  |  Gift Cards  |  Help & Contact                    Sell  |  My eBay

 

Shop by category

All Categories

← **Back to home page**

My little pony knock off lot 6 ponies Lanard and chinese
0 results. You may also like



**Lot of 18 Pony Action Figures - Includes My Little Pony and Lanard Ponies**

**$15.99**
or Best Offer
**Free shipping**



**Vintage My Little Pony Fakies Lot 9 Fake Ponies: Tara Toy, Lanard, Chap MEI baby**

**$11.99**
or Best Offer



**Lot of 14 Ponies my little pony horse dolls Hasbro Remco - Lanard - Chap**

**$18.99**
or Best Offer



**My Little Pony MLP LOT Hasbro Lanard Ponies 3" - 6" Pets**

**$29.95**
Buy It Now
**Free shipping**

**MY LITTLE PONY MLP HASBRO LANARD ETC TOYS LOT**

*$23.70*
Buy It Now





My Little Pony Sweet shoppe Ice Cream with 6 ponies and accessory lot

**$16.99**
or Best Offer



Huge My Little Pony Lot! 70 Ponies with Celebration Castle & Accessories!

**$149.99**
Buy It Now



My little pony lot playsets and ponies

**$7.00**     1d 3h left (Saturday, 2PM)
0 bids



Lanard ponies and vintage My Little Pony stable

**$17.00**
or Best Offer
**Free shipping**

NEW LISTING  Lot of "My Little Pony" Ponies (set of 6)

**$7.99**
Buy It Now
**Free shipping**





My Little Pony Lot - 4 Friendship is Magic Mini Ponies And 1 McD Happy Meal Pony

**$8.99**
Buy It Now



My Little Pony Lot of 6 Ponies 2010

**$10.19**
or Best Offer



HUGE MY LITTLE PONY LOT PONYVILLE PLAYSET 50 PONIES TALKING PLUSH ICE CREAM CAFE

**$149.99**
or Best Offer



MY LITTLE PONY LOT OF 3 PONIES AND ACCESSORIES

**$7.99**
or Best Offer

My Little Pony LOT 6 RARE G4 Ponies and Pets

**$224.99**
or Best Offer
**Free shipping**





[Huge Lot Of My Little Pony Lot Accessories And Ponies Amusement Park](#)

**$96.00**
or Best Offer
**Free shipping**



[Hasbro My Little Pony Lot of 4 Ponies and Starlight Stable House 2007-2009](#)

**$49.99**
or Best Offer
**Free shipping**



[My Little Pony, Princess Ponies, Magic Ponies, & Pony Pals Chapter Book Lot of 9](#)

**$14.98**
Buy It Now



[MLP My Little Pony Lot 7 Ponies 4" 2008](#)

**$9.00**
Buy It Now



RARE MY LITTLE PONY FRIENDSHIP EXPRESS
TRAIN AND LOADS PONIES LOT

**$149.99**
or Best Offer



MY LITTLE PONY LOT ELEVEN PONIES SMALL
AND MINI, ONE GLITTER! NICE!

**$9.99**
Buy It Now

MY LITTLE PONY LOT ~ MIXED LOT OF 7
PONIES

**$21.99**
Buy It Now
**Free shipping**

Big LOT of MY LITTLE PONY/Ponies/LA
LALOOPSIE Dolls +more

**$4.95**                    3d 6h left (Monday, 5PM)
0 bids

MY LITTLE PONY LOT WITH OTHER TOTAL 6
HORSES PONIES DIFFERENT BRANDS

**$8.00**
Buy It Now
**Free shipping**

My Little Pony Lot Of Ponies

**$8.00**                    5d 9h left
0 bids                      (Wednesday, 8PM)

Lot of 6 Ponies My Little Pony

**$6.74**
or Best Offer

Lot 5, 2 MY LITTLE PONY DVDS & 3 OFFICIAL
MY LITTLE PONY COLORFUL HORSE PONIES

**$11.11**
Buy It Now

"MY LITTLE PONY" MIXED LOT OF 7 LITTLE
PONIES

**$9.49**
Buy It Now

My Little Pony Friendship is Magic Pops
Customizable Ponies Lot

**$24.99**
Buy It Now

HASBRO MY LITTLE PONY LOT OF ASSORTED
PONIES AND ACCESSORIES

**$17.95**
Buy It Now

My Little Pony Stockley Park Playhouse with
Ponies

**$15.99**          1d 12h left
0 bids              (Saturday, 11PM)

MY LITTLE PONY LOT OF McDONALD'S PONIES
PONY FIGURES

**$19.99**
or Best Offer

My little pony castle and pony lot - large ponies
light up

**$14.99**
or Best Offer

NEW LISTING   My Little Pony G3 Target Exclusive
Baby Pony Lot Rare HTF 6 ponies

**$34.99**
Buy It Now

MY LITTLE PONY SERIES 3 POWER PONIES
WITH 9 FOILS & 3 PACKS LOT OF (6) NEW

$79.95
or Best Offer

---

**Hasbro My Little Pony Large Lot of Many Ponies**
$38.99
Buy It Now
**Free shipping**

---

**My Little Pony Ponies Lot**
$14.99          2d 9h left (Sunday, 8PM)
0 bids
$24.99
Buy It Now

---

**My Little Pony mini pony lot cute toy ponies!**
$15.99
Buy It Now
**Free shipping**

---

**Aurora World My Little Pony Lot 5 Seated Ponies 10 inches Applejack Rarity NWT**
$54.99
or Best Offer
**Free shipping**

---

**Lot of 8 Various Sizes My Little Pony Ponies**
$9.00
or Best Offer

---

**LOT 7- My Little Pony CRYSTAL EMPIRE Light-Up CASTLE + 6 Extra PONIES +16 Pieces**
$99.95
Buy It Now
**Free shipping**

---

**Vintage My Little Pony Lot 13 Ponies + BONUS WATCH**
$25.00          5d 11h left
1 bid            (Wednesday, 10PM)

---

**my little pony lot ponies 18 Plus pieces. Ponies,**

Building, Barrettes, Brush.

**$25.50**
or Best Offer

---

Hasbro MY LITTLE PONY Remote Control Car Ponies Shoes Accessories Lot Of 40

**$26.99**
Buy It Now

---

Unicorn and Pony toy lot of 8 My Little Pony brand and generic ponies

**$7.99**
Buy It Now

---

MY LITTLE PONY Carrying Case Metal Container-Tin w LOT of 18 Mini-PONIES

**$18.95**
Buy It Now

---

My Little Pony Hasbro Mattel Figures Lot Of 3 Ponies

**$3.99**
or Best Offer

---

MLP My Little Pony Lot Of 30 Ponies And Accessories

**$30.00**
or Best Offer

---

My Little Pony Butterfly Island Rainbow Wishes Amusement Park & Ponies Lot

**$23.99**       2d 10h left (Sunday, 9PM)
0 bids

---

Lot of 14 My Little Ponies Toys small sizes My Little Pony Hasbro 2006 to 2010

**$5.99**        5d 6h left
0 bids         (Wednesday, 5PM)

---

Tell us what you think

Google | lanard knock offs | 🔍

All    Shopping    Images    Videos    News    More    Settings    Tools

About 13,100 results (0.58 seconds)

### Images for lanard knock offs



→ More images for lanard knock offs  Report images

### GI Joe Knock off fan page, Remco, Lanard, and More - Home | Facebook
https://www.facebook.com/GI-Joe-Knock-off-fan-page-Remco-Lanard-and-More-26... ▾
GI Joe **Knock** off fan page, Remco, **Lanard**, and More. 150 likes. I would like to make information
available for all 3/34 inch GI Joe type **Knock** off action...

### Knock-offs — Joe A Day
www.joeaday.com/category/knock-offs/ ▾
Aug 30, 2016 - The Power of (**Knock-Off**) Packaging: The Devil Warriors ... If you thought **Lanard's**
Bengala or Tracker Tom were bad in terms of stereotypes, ...

### The 10 Worst G.I. Joe Rip-Offs of All Time | The Robot's Voice
www.therobotsvoice.com › Daily Lists ▾
Feb 5, 2009 - Not so much a **knock-off** but more of distant cousin, Action Force was created by U.K.
toy maker Palitoy ... Produced by **Lanard** Toy, the CORPS!

### 2003 Lanard Military Army GI Joe knock off 4" Figure - eBay
www.ebay.com › Toys & Hobbies › Action Figures › Military & Adventure ▾
2003 **Lanard** Military Army GI Joe **knock off** 4" Figure | Toys & Hobbies, Action Figures, Military &
Adventure | eBay!

### 2003 Lanard Military Army GI Joe knock off 4" Figure - eBay
www.ebay.com › Toys & Hobbies › Action Figures › Military & Adventure ▾
2003 **Lanard** Military Army GI Joe **knock off** 4" Figure in Toys & Hobbies, Action Figures, Military &
Adventure | eBay.

### Lanard: Action Figures | eBay
www.ebay.com/bhp/lanard ▾
Find great deals on eBay for **Lanard** in Military and Adventure Action Figures. ... Vintage **Lanard** The
Corps Action Figures Lot 1986, 1990 **Knock Off** Bootleg GI ...

### The PopCult Toybox: Cheesy Knockoffs Come Back For More
blogs.wvgazettemail.com/.../the-popcult-toybox-cheesy-knockoffs-come-back-for-m... ▾
Nov 26, 2013 - We started our last look at **knockoffs** with Midnight Magic, an imitation of ... **Lanard**
has been in the business of knocking off GI Joe for years.

### REMCO/LANARD GI Joe knockoffs - YoJoe.com Forums
forums.yojoe.com/showthread.php?t=69883 ▾
Aug 19, 2009 - 3 posts - 3 authors
i just picked up a huge lot of carded/boxed GI Joes, and included with them were a whole bunch of
REMCO and **LANARD** figures from the mid ...

### Vintage My Little Pony Fakies Lanard Knock Off - Etsy
https://www.etsy.com/listing/273139744/vintage-my-little-pony-fakies-lanard ▾
★★★★★ Rating: 5 - 169 votes
Once Hasbro hit it big with My Little Pony, it wasnt long before other toy companies began creating
their own versions. Collectors and MLP fans have dubbed ...