# EXHIBIT B

# EXHIBIT B

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN

```
 1                 UNITED STATES DISTRICT COURT

 2                 MIDDLE DISTRICT OF FLORIDA

 3

 4   LANARD TOYS LIMITED,              )
                                       ) Case No. 3:15-cv-00849-MMH-PDB
 5              Plaintiff,             )
                                       )
 6          v.                         )
                                       )
 7   TOYS "R" US-DELAWARE, INC.,       )
     et al.,                           )
 8                                     )
                Defendants.            )
 9   _____)

10

11

12

13           VIDEOTAPED DEPOSITION of DEBORAH RYAN,

14       taken on behalf of the Plaintiff at 633 West

15       Fifth Street, 52nd Floor, Los Angeles,

16       California, on Friday, June 30, 2017 at

17       9:57 a.m. before Vivian C. Lane, Certified

18       Shorthand Reporter No. 11339.

19

20

21

22

23

24

25
```



**Orange Legal**
**800-275-7991**

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                              2

```
 1    APPEARANCES:

 2
      For Plaintiff:
 3
                    GORDON & REES LLP
 4                  By:  REID E. DAMMANN
                    101 West Broadway
 5                  Suite 2000
                    San Diego, California 92101
 6                  (619)696-6700
                    rdammann@gordonrees.com
 7
      For Defendants and the Deponent Deborah Ryan:
 8
                    LAW OFFICES OF LEWIS ANTEN
 9                  By:  LEWIS ANTEN, ESQ.
                    16830 Ventura Boulevard
10                  Suite 236
                    Encino, California 91436
11                  (818)501-3535
                    lewisanten@aol.com
12
      Also Present:
13
                    John Hank, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```



Case 3:15-cv-00849-MMH-PDB    Document 313-3    Filed 07/31/17    Page 4 of 29 PageID
6661
Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    3

```
 1                         I N D E X

 2
      WITNESS:  DEBORAH RYAN
 3

 4    EXAMINATION                                           PAGE

 5    BY MR. DAMMANN                                           5

 6

 7

 8

 9

10                       E X H I B I T S

11    PLAINTIFF'S                                           PAGE

12    DR-1    Document entitled, "Subpoena to Testify       9
              at a Deposition in a Civil Action";
13            11 pages

14    DR-2    Document with title page "Exhibit 1,         12
              Report of Deborah Ryan" attaching
15            curriculum vitae of Deborah Ryan;
              3 pages
16
      DR-3    Documents Bates labeled RYAN0001 through     25
17            RYAN0017; 17 pages

18    DR-4    Document entitled, "Report of Deborah        40
              Ryan"; 51 pages
19

20            QUESTIONS INSTRUCTED NOT TO ANSWER

21                         (None)

22

23

24              INFORMATION REQUESTED

25                         (None)
```



**Orange Legal**
**800-275-7991**

Case 3:15-cv-00849-MMH-PDB    Document 313-3    Filed 07/31/17    Page 5 of 29 PageID
6662
Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    4

```
 1              LOS ANGELES, CALIFORNIA, FRIDAY, JUNE 30, 2017

 2                           9:57 A.M.

 3

 4         THE VIDEOGRAPHER:  Here begins the videotaped

 5    deposition of Deborah Ryan taken in the matter of Case

 6    No. 3:15-v-00849-MMH-PDB [sic], Lanard Toys Limited vs.

 7    Toys "R" Us US-Delaware [sic], Inc., et al. to be heard

 8    in the United States Direct Court for the middle district

 9    of Florida.  This deposition is being held at Gordon &

10    Rees, 633 West Fifth Street, 52nd Floor, Los Angeles,

11    California 90071.

12              Today is June 30th, 2017, and the time is

13    9:57 a.m.  The court reporter is Vivian Lane, and the

14    video specialist is John Hank on behalf of Barkley Court

15    Reporters, an affiliate of Orange Legal.

16              Would counsel please introduce themselves,

17    after which the court reporter will swear in the witness.

18         MR. DAMMANN:  My name is Reid Dammann.  I represent

19    the Plaintiff Lanard Toys.

20         MR. ANTEN:  And I'm Lewis Anten.  I represent the

21    witness Deborah Ryan and all of the defendants.

22         THE VIDEOGRAPHER:  Thank you.  Will the court

23    reporter please swear in the witness.

24    ///

25    ///
```

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                                    5

```
 1                    (The oath was administered to the

 2             deponent, DEBORAH RYAN, as follows:)

 3

 4        THE REPORTER:  Will you raise your right hand,

 5    please.

 6             Do you solemnly state under penalty of perjury

 7    that the testimony you give in this deposition shall be

 8    the truth, the whole truth, and nothing but the truth?

 9        THE WITNESS:  I do.

10

11                         EXAMINATION

12    BY MR. DAMMANN:

13        Q    Good morning, Ms. Ryan.

14        A    Good morning.

15        Q    How are you?

16        A    I'm good.  Thank you.

17             How are you?

18        Q    Good.  Have you ever taken -- have you ever had

19    your deposition taken?

20        A    I have not.

21        Q    Okay.  Your attorney hasn't explained the

22    rules and --

23        A    He has explained them --

24        Q    Okay.

25        A    Yes.
```

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                                              18

1        A    Well, yeah.  After it was -- first it would be

2    design approved and go up to upper management and design

3    and marketing and then if it was going to be produced, it

4    would be, you know, moved to the legal department and

5    they would make sure that they weren't infringing on

6    anyone's rights and -- and they would make sure

7    that -- that whatever we produced was patented.

8        Q    Okay.  Makes sense.  And can you tell me a

9    little bit about Applause, Inc. where I guess you started

10   in 1995?

11       A    Correct.

12       Q    What were your -- your titles there and -- and

13   your responsibilities at Applause, Inc.?

14       A    I was a Creative Manager, and I -- I managed a

15   five-member plush and soft goods team of designers that

16   did the line of plush that -- that was exclusive to

17   Applause.  That was their own line.  And then we had the

18   gift license for numerous companies.

19            And then I also directed hard lines, everything

20   from pencil toppers to figurines to premiums to a wide

21   variety, anything that was in the gift lines of all of

22   those licenses that Applause had -- had legal rights to.

23       Q    I see.  So the same question for Applause that

24   I had for the others is -- is so were you involved in any

25   copyright, patent and trademark issues while you were at

OrangeLEGAL                          Orange Legal
                                     800-275-7991

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                              19

```
 1    Applause?
 2        A    Only that -- anything that the designers that I
 3    directed or directly designed myself had to be reviewed
 4    for -- for those things and patented if appropriate.
 5        Q    Okay.  Okay.  And the Walt Disney Company, it
 6    looks like you started in 1997?
 7        A    Yes.
 8        Q    Can you walk me through your -- your job titles
 9    and responsibilities there?
10        A    Yes.  Well, the first time that I worked
11    for -- for Disney in 1997, I was Creative Manager.  The
12    division was called Disney Direct Marketing, and
13    they -- I directed the design of apparel and toy and
14    related products for Disney stores, catalog and online.
15        Q    And were you involved in -- in patent.
16    Copyright and trademark issues while you were at -- while
17    you were employed at Disney?
18        A    Only in the sense that they managed most of
19    that.  Again, it was where our -- it was looking at it
20    more from the -- that we -- that Disney owned the rights
21    to all of their characters and all of their properties;
22    so we -- you know, we managed -- we managed that.  I
23    mean, we pretty much had ownership of -- of that, but
24    anything -- if it was a vanity or something like that, it
25    had to be reviewed to make sure that it wasn't infringing
```

Case 3:15-cv-00849-MMH-PDB    Document 313-3    Filed 07/31/17    Page 9 of 29 PageID 6666

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.

DEBORAH RYAN                                                                22

1          Oh, okay.  And then so -- oh, so I see you went

2    back to Walt Disney.

3          So what were your job students or your job

4    titles and responsibilities at Aurora World?

5      A    Oh.  I was a Creative Director there.

6      Q    Did you deal with IP issues at Aurora World

7    that are --

8      A    Well, we did -- we didn't license anything, at

9    least not what I worked on, but we protected the IP

10   there.

11     Q    Were you involved in protecting the IP?

12     A    Um, I didn't ever have to testify or anything,

13   but I had to -- I wasn't directly involved in protecting

14   the IP, but I had to manage it.  I had to make sure we

15   weren't infringing on other people's IP, and they

16   consulted with lawyers and -- and patent lawyers,

17   copyright, things like that, um --

18     Q    Okay.

19     A    -- just in that sense.

20     Q    I see.  So why did you go to Walt -- back to

21   Walt Disney after Aurora World?

22     A    I was -- someone that I worked with at Disney

23   persuaded me to come back and work in a different

24   capacity.  That was Global Toys.  It was --

25     Q    Oh, I see.

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.

DEBORAH RYAN
23

1      A    -- in a little bit different location to just

2    another building, and that was a little more product

3    development and sourcing for direct retail plush.

4      Q    Global Toys is a subsidiary of Walt Disney, is

5    that what that is?

6      A    No.  It was just a department within it.

7      Q    Okay.

8      A    Yeah.

9      Q    Okay and.  Currently you are at Otis College of

10   Art and Design?

11     A    Yes.

12     Q    Can you describe your job titles there and your

13   responsibility for me?

14     A    I lead the Toy Department, Toy Design

15   Department and we have about 80 students and we're one of

16   only two colleges in the country and perhaps in the world

17   that offer a bachelor's degree in toy design and...

18     Q    Interesting.  Okay.

19          Can you describe generally what you think

20   a -- what you think patent law protects?

21     A    I believe that it protect -- protects the

22   rights of the person who created and initiated that

23   design.

24     Q    And -- okay.  What about trademark law?

25     A    Um, that would be the same.  It would be



**Orange Legal**
**800-275-7991**

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                49

```
 1        A    Not identical.  It's got some different -- it's

 2    got some -- it's a different size and different -- but

 3    it's the basic function is similar -- it's the same.

 4        Q    It's just -- it's just bigger?

 5        A    Yes.

 6        Q    Okay.  So if there was a -- if there was

 7    protection -- hypothetically speaking, if there was

 8    protection on a mechanical pencil, Ja-Ru would be

 9    infringing that?

10        A    I --

11        Q    -- or producing --

12        A    I suppose so.

13        Q    Okay.

14        A    But then so would thousands of other companies.

15        Q    And we'll get into the -- well, I see we're

16    getting into the -- let's see here.

17             Okay.  We'll get into the distinctions between

18    the products in a bit, but the last sentence of the

19    second paragraph, it talks about the Ja-Ru product serves

20    a different purpose, targets a different -- different

21    end-users and at a different price point.  And I was

22    wondering what -- what price point -- what -- what you

23    meant by that in the context of -- of infringement or the

24    issues in this case?

25        A    Just the price point part?
```

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN

 1       Q      (No audible response).

 2       A      Okay.  I believe that the -- the Lanard pencil

 3   was much more expensive, relatively, at about -- about

 4   $5.00 and the Ja-Ru chalk holder was at around $2.00.  So

 5   the -- from a consumer standpoint and -- and size being a

 6   difference, too.  From a consumer standpoint, they would

 7   be looking at price value.  Someone -- you know, I -- a

 8   consumer would decide if they wanted to spend $5.00 for

 9   something that just holds chalk or if they want to spend

10   $2.00 for one that they would hold chalk.

11           And then also I mentioned about the function

12   because the -- the Lanard one was -- was -- especially

13   when I examined it, I saw that it was very large and

14   children usually play with chalk, you know, up until

15   maybe, you know, seven years old but very young, you

16   know, as soon as they can manipulate a crayon or a

17   pencil.  And my hand is large compared -- you know, it's

18   the size of maybe a large child, and I would -- I -- I

19   handled that, and I would have a hard time drawing with

20   the -- with the Lanard pencil.  So the function, if I was

21   a consumer, I would purchase the Ja-Ru if I wanted it to

22   be given to a child and easily manipulated and used

23   to -- to draw with chalk which is the purpose.

24       Q      So if -- if both the products were at the same

25   price point, would there be more likely infringement

OrangeLEGAL                    **Orange Legal**
                               **800-275-7991**

```
 1    found, or does it matter?

 2         A    If they were at the same price point?

 3         Q    Uh-huh.

 4         A    No, because the function is different.

 5         Q    Okay.

 6         A    Because I would -- you know, I would purchase

 7    that -- I mean I think consumers would purchase that

 8    because it's a better function because it's smaller.

 9         Q    So are you test --

10         A    Uh-huh.

11         Q    Your testimony is -- is that the -- the Lanard

12    product is -- is just bigger and doesn't fit and --

13         A    In a child's hand well.  I -- in my experience,

14    I've had a great deal of experience with, you know,

15    ergonomics of -- of toys, and ergonomically, you know,

16    you would certainly, when you're designing a toy, think

17    about the size of a child's hand and the use.

18         Q    Well, I guess that begs the question, did you

19    use a child to see if they could hold onto the Lanard toy

20    and the Ja-Ru toy?

21         A    I didn't use a child, but like I said, my hands

22    would be, you know, the size of a large child.  You know,

23    I don't have very big hands, and it was awkward for me.

24    And I have a lot of dexterity, more so than a -- a child

25    would, and I found that to be very --
```

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    52

```
 1       Q      You just had to --

 2       A      Yeah --

 3       Q      Okay.

 4       A      Yeah, very difficult to use.

 5       Q      I see.

 6       A      So, you know, I -- if I had -- if I had been

 7    asked, I could have done a comparison, and we could have

 8    brought in children, but we didn't.

 9       Q      Okay.  Okay.  I had a couple more questions

10    here.

11              The third paragraph down, go ahead and just

12    read that to yourself if you would.  I've --

13       A      Okay.

14       Q      -- got a couple of questions on it.  I might as

15    well have you read --

16       A      Okay.

17       Q      -- it instead of me.

18       MR. ANTEN:  I just want to make sure that -- the one

19    that begin's "Ja-Ru's chalk holder"?

20       MR. DAMMANN:  Right, "Ja-Ru's chalk holder."

21       THE WITNESS:  Okay.

22              (Whereupon, the witness reviews the

23        document.)

24       THE WITNESS:  Yes, I'm ready.

25    ///
```



Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                                      67

```
 1         Q    So --

 2         A    Yeah.

 3         Q    So the third paragraph down, can you explain

 4    the -- can you explain this opinion for me.

 5         A    Well, again, I think this -- um, this may be a

 6    bit redundant of what I had said before, but I feel that

 7    Ja-Ru's product is an improvement over the larger sized

 8    Lanard chalk holder because the Lanard chalk holder is

 9    cumbersome for a child to hold and perhaps they'd have to

10    use two hands, it's not as portable.

11              Then there's the -- the price difference and

12    then the -- the added value of storing just a couple of

13    extra pieces of chalk is -- isn't -- doesn't make it a

14    tradeoff for the large size of -- the large awkward size

15    of the Lanard pencil.

16         Q    Okay.  I'm looking at one specific sentence

17    here.  It says, "A customer would find these two products

18    in comparison to be very different."

19              What -- what information did you rely on to

20    make that statement?

21         A    I based that on what I know from market

22    research and all of the companies that I worked for

23    and in all of the training that I -- that we give our

24    students at Otis, we do a lot of market research.  And

25    market research shows that price value is very important
```

OrangeLEGAL                              **Orange Legal**
                                         **800-275-7991**

Case 3:15-cv-00849-MMH-PDB   Document 313-3   Filed 07/31/17   Page 16 of 29 PageID
6673
Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    68

1   and ergonomics is very important.

2       **Q    That market research you're talking about, is**

3   **that attached to this report?**

4       A    No.  I'm saying that in -- the market research

5   of how children play and how customers make price value

6   judgments is something that -- that I feel like I'm a bit

7   of an expert on.

8       **Q    That -- that may answer this next question, but**

9   **the next sentence down says, "Customers looking to buy a**

10  **toy would be more likely to choose one by Ja-Ru because**

11  **of its ease of use enhancing and the play value."**

12      **And my question to you is what information did**

13  **you rely on to make that statement?**

14      A    My own knowledge and experience over 30 years

15  in the toy industry because that's what -- one of the

16  main things that we critique in toy companies and in

17  teaching is, you know, what is the play value and how

18  does this -- if there's a new product created, say it's a

19  toy -- a toy vehicle or something, why -- why is your toy

20  vehicle -- why does it have more play value than its

21  competition?  That's an example.  I mean, so we always

22  ask that question.  I always have that in mind in

23  critiquing products.

24      **Q    So walk me through that, then, how play value**

25  **is determined.**



Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    70

```
 1        A    Just my own opinion and experience that I've

 2   seen in storage containers and...

 3        Q    There's -- sorry.

 4        A    Oh.

 5        Q    Is there any documents that reflect that in

 6   this report?

 7        A    No.

 8        Q    Go ahead and read the one, two, three -- fourth

 9   paragraph down there for me to yourself, and I've just

10   got a couple of questions.

11             (Whereupon, the witness reviews the

12        document.)

13        THE WITNESS:  Okay.  Which part would you like me to

14   address?

15   BY MR. DAMMANN:

16        Q    Well, go ahead and just summarize it for me, if

17   you could, this -- this paragraph.

18        A    Okay.  This is a little bit in response to the

19   report by Larry Meyer saying that Ja-Ru's packaging was

20   inferior, and this is my opinion that it is not inferior

21   and in fact superior.

22        Q    Inferior in the way it attracts customers or

23   inferior in the material design?

24        A    Design; aesthetics, I would imagine.

25        Q    What do you base that information --
```

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                 71

1        A    Well, for instance here is -- okay.  "Ja-Ru's

2    package is cleverly shaped as a pencil."  I mentioned

3    that.  That's an image that would grab a customer and

4    say, oh, that's interesting, as opposed to just Lanard's

5    rectangular shape.  And the back of the Ja-Ru package has

6    step-by-step instructions on how the product works.

7    There are more detailed and easy to read than that on

8    Lanard's, and that's a practical, that's a practical

9    aspect.  When a mother or someone picks something up,

10   it's like how is this going to work, how am I going to

11   put the chalk in, whatever.

12            The -- even in the materials used in the

13   erasers are different.  The -- the Ja-Ru's chalk holder

14   better replicates -- looks a little bit more like a

15   mechanical pencil.  All of it -- all of these

16   things -- oh, I think he -- he also mentioned that if you

17   looked at -- at Ja-Ru's, you would think -- you would

18   think of Lanard, and I didn't see any of -- of that.  I

19   didn't see that you would go, "Oh, gee.  I know Lanard,

20   and this is -- you know, this is theirs."  You know, so

21   that's -- that pretty much sums it up.

22       Q    **Even though the products kind of serve the same**

23   **function --**

24       A    Yes.

25       Q    **-- you wouldn't -- okay?**



```
 1   brands -- this is -- this was on Target's website of

 2   chalk pencils.  That's -- it's a -- as -- as a generic

 3   term.  And again, from Jo-Ann's chalk pencil.  That was

 4   my case to that, chalk pencil.  The use of terminology of

 5   "chalk pencil" is very generic, or these people should

 6   all be suing each other.

 7        Q    Well, you're referring to the term "chalk

 8   pencil" --

 9        A    The term, yeah.  That's what that exhibit was

10   about.  And they look like pencils.

11        Q    But not like the Lanard product?

12        A    Not like the Lanard product but like a No. 2

13   pencil.  They're chalk pencils.

14        Q    Okay.  And I see the third page here it's -- it

15   has Jo-Ann Fabrics and Crafts on it, and you're just

16   using that for the simple fact that the term "chalk

17   pencils" is used?

18        A    Yes.

19        Q    Okay.  Okay.

20        A    And I -- I mean, I could have, you know, I

21   could have made the stack this high of things that I'd

22   find, but I didn't think that I needed to make that big

23   of a case of it.

24        Q    So I want to talk about why Mr. Meyer's

25   opinions are allegedly flawed.
```



Case 3:15-cv-00849-MMH-PDB    Document 313-3    Filed 07/31/17    Page 20 of 29 PageID 6677

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                                        78

1          But you described earlier as your -- maybe your

2     impetus -- and correct me if I'm wrong -- in getting

3     involved in this case was seeing Mr. Meyer's report.

4          Is there anything else you -- you want to add

5     to that?  I mean why -- I imagine --

6     A     Oh.  That wasn't part of -- I had already

7     agreed to be in -- in the case, but why I added more to

8     my -- okay.  I guess to backtrack and not to get too

9     detailed, but when I was presented with this, when I saw

10    the -- what is that called again, the -- when -- the

11    lawsuit?

12    Q     The Complaint?

13    A     The Complaint, okay.  When I saw the Complaint,

14    I thought it was very clean cut.  I looked at -- you

15    know, it's just basically was this -- was this pencil,

16    this chalk pencil of Lanard's something that Ja-Ru did

17    something wrong by creating something similar but with a

18    different function, different size, things like that?  So

19    to me, it was just comparing the two products by -- by

20    the idea of their design and function.  So then -- and I

21    started out with just doing that.  But then I was

22    instructed that, you know, one of -- me being new

23    to -- you know, being an expert witness in legal cases

24    like this, that I am -- was supposed to address the

25    Complaint and also Mr. Meyer's allegations.  So this was

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    79

```
 1    in response to what he said.

 2         Q    Okay.

 3         A    So that's why I made that decision to do that,

 4    to say those -- to address it.

 5         Q    Now you may have stated this earlier, but have

 6    you had any prior dealings with Lanard in all your

 7    various employment positions?

 8         A    Not in employment.

 9         Q    What have your dealings been with Lanard?

10         A    They have come to Otis, the place -- the

11    company that I work for, the college that I work for.

12    They have come there for career fairs, and we have had --

13    Mr. Meyer says that there are -- he said there are a

14    number of -- of our students who have worked for them.

15    That is possible, that perhaps in another department,

16    Graphics or some other, you know, department at Otis, but

17    I -- since 2006 when I became the chair, I only know of

18    one student who worked there as an intern and I know of

19    one who graduated in 2009 who worked there after

20    graduation.  So that's all I'm aware of.

21         Q    Okay.

22         A    But they do come to the career fair.  The

23    career fair is open to any company that wants to come,

24    wants to register, signs up and wants to interview

25    students for jobs.
```



**Orange Legal**
**800-275-7991**

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                          81

```
 1   this:  A lot of times I know those peop -- some of the

 2   people that I've worked with are there for interviewing

 3   students.  That's all.

 4             Is that okay I said that?

 5        MR. ANTEN:  Yes.

 6        THE WITNESS:  Yes.  From the toy industry.

 7   BY MR. DAMMANN:

 8        Q    Okay.  So let's go to Section B and talk about

 9   Mr. Meyer's opinions and your response to them?

10        A    Okay.

11        Q    So it looks like you break it down.  There's

12   three sections here that -- excuse me, five sections here

13   that -- a. through e. --

14        A    Uh-huh.

15        Q    -- that discussed his opinions and then you

16   rebut them.  So the first paragraph presumably applies to

17   a.

18             Please read that, and just explain that to me.

19             (Whereupon, the witness reads the

20        document.)

21        THE WITNESS:  Okay.  Well -- and this is -- just,

22   you know, in my experience this is -- when I was -- I was

23   shocked that -- when I did find out.  Like I said, I

24   initially looked at the two products, didn't know which

25   side I was going to be asked to defend.  I saw that one
```

Case 3:15-cv-00849-MMH-PDB    Document 313-3    Filed 07/31/17    Page 23 of 29 PageID
6680

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                    82

 1    was a Lanard product.  I wasn't familiar with Ja-Ru.

 2    Then I -- you know, I -- after examination, I determined

 3    that I -- I felt that it was -- contrary to what the

 4    Complaint was, I felt that there was more of a case -- I

 5    mean, and I'm not offering a legal opinion -- but that

 6    it's -- it -- it seemed, especially since the Lanard was

 7    a large -- larger and not as functional, Ja-Ru came out

 8    with something smaller and -- and more functional, both

 9    being, you know, not identifiable brands.  And then

10    seeing that -- that Lanard came out with a smaller

11    version after Ja-Ru had done a smaller version, I thought

12    that that was more likely a copy of the Ja-Ru thing,

13    where they saw that Ja-Ru improved on -- you know, had a

14    better product and they -- and so they were trying to be

15    competitive by doing one the same as Ja-Ru had done.

16             So then, you know, in reading Larry Meyer

17    saying that Lanard was -- was reputable and Ja-Ru was

18    disreputable, I know nothing about Ja-Ru.  You know, I

19    know a little bit more now being involved in this, but he

20    had said that -- that -- he made a case that Ja-Ru is a

21    knockoff company.  And I had to laugh because we actually

22    used -- we actually use images in our classes

23    occasionally of showing, you know, do not do this.  And

24    we show My Little Pony and we show -- and we show what

25    Lanard did.  We show G.I. Joe.  We show what Lanard did.



Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                        83

```
 1    So we use that as an example to our students not to do

 2    that.

 3              And so I was -- it was -- it was almost

 4    laughable that they would -- you know, this is like where

 5    I used the phrase "pot calling the kettle black," that

 6    they're accusing this company that I am not familiar

 7    with -- it's never come across on my radar that they're a

 8    knockoff company.  They may be, may not be.  That's not

 9    for me to determine, but -- but I just thought that was,

10    you know -- that -- that's my opinion.

11        Q    So --

12        A    So --

13        Q    -- when you talk about Lanard being a -- a

14    knockoff company --

15        A    Uh-huh.

16        Q    -- that's based off your experience in the

17    industry.  It not necessarily based off, you know,

18    lawsuits that are related to these knockoffs?

19        A    Well, I do know -- I do know from people who --

20    that I've had acquaintance with and the toy industry, you

21    know, you see -- you see -- you know, we get reports from

22    the Toy Industry Association, you get reports from The

23    Toy Book, things like that, you know -- on a weekly

24    basis, and you see -- occasionally you see their name

25    coming up as being sued.  But you -- you see that in the
```

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                            84

1    toy industry with some other things, too.  So, you know,

2    you can -- you're a lawyer.  You know anybody can file a

3    lawsuit.

4         Q    Yes, ma'am.  So these are reports that you've

5    seen?

6         A    I've -- I've -- I've been aware that companies

7    have sued Lanard on infringement and -- and then I've

8    glanced at and I've thought, yes, I agree.  But that's

9    not -- you know, I haven't been asked to make a legal

10   opinion, but my opinion is that.  And I would not allow

11   anyone anywhere that I've worked at, any designers that

12   have reported to me or my students do something similar.

13   I mean, I'm constantly looking at, you know, designs they

14   do of -- of a product or a -- a line, and I go, "That's

15   too much like Bratz," "That's too much like Lalaloopsy,"

16   you know.  So that's an interpretation.

17        Q    Yeah.  I was just going to say that's -- the

18   devil is in the details, and you're making a

19   determination --

20        A    Right.

21        Q    -- based on your experience in the industry

22   on -- on what is similar and what is not similar --

23        A    Right.

24        Q    -- right?

25             Okay.  So at the end of that -- let's see



**Orange Legal**
**800-275-7991**

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                88

 1    a -- in any one of our -- our armed services departments,

 2    you would think that would be a knockoff of G.I. Joe?

 3        A    No.  There are certain -- I mean, I -- I didn't

 4    spend -- I could have spent days of analysis in pulling

 5    up examples of a particular G. I. Joe and a particular one

 6    of the Corps! brands and doing, you know, turns

 7    and -- and details.  There are -- you know, there are so

 8    many details.  There are paint ops., there are all those

 9    things.  So I didn't think that they wanted me to spend

10    that many hours and time to look at that 'cause -- 'cause

11    again, this is -- this is just answering Larry Meyer's

12    accusations.  This is not that particular case, which is

13    this pencil, this chalk holder versus another chalk

14    holder.

15            So that's really what I feel -- felt that I

16    should be answering.  But then when I was tasked with

17    answering his -- you know, Larry Meyer's report, I put

18    this in, which is a brief summary of -- of -- to

19    contradict what he's saying.

20        Q    But again, this is you -- this is you with your

21    opinion.  There's no factual evidence to support the fact

22    that these are knockoffs?

23        A    Well, I think that's up to the lawyers to bring

24    that forward.

25        Q    Okay.

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                          92

```
 1        A    Yes, they have numerous times.  I think -- I
 2   think that maybe there's reference in here somewhere
 3   along the line of those lawsuits.
 4             Maybe not, not from me.  I think I -- I believe
 5   maybe I asked if I should -- if I needed -- if I should
 6   do that, and I -- it was -- I was told that --
 7        MR. ANTEN:  No.  Wait.  Are you talking about
 8   discussion with counsel?
 9        THE WITNESS:  Oh, yeah, discussion with counsel.
10        MR. ANTEN:  Okay.  That's --
11        THE WITNESS:  Okay.
12        MR. ANTEN:  Instruct you not answer --
13        THE WITNESS:  I'm sorry.
14        MR. ANTEN:  -- anything --
15        THE WITNESS:  I'm a bad --
16        MR. ANTEN:  -- attorney/client communications.
17        THE WITNESS:  I'm a bad -- you know, you should
18   never hire me for this.
19        MR. ANTEN:  Well, that's going to be a soundbite, so
20   put it in the context.
21   BY MR. DAMMANN:
22        Q    All right.  So let's -- there's a page here
23   after you get through the -- the G.I. Joe stuff.
24        A    Uh-huh.
25        Q    Then there's an OgreberryCottage page and --
```

OrangeLEGAL                       **Orange Legal**
                                  **800-275-7991**

Lanard Toys Limited vs. Toys 'R' Us - Delaware, Inc., et al.
DEBORAH RYAN                                                                          102

```
 1              DEPOSITION OFFICER'S CERTIFICATE

 2
     STATE OF CALIFORNIA    )
 3                          ) ss.
     COUNTY OF LOS ANGELES  )
 4

 5

 6         I, Vivian C. Lane, hereby certify:

 7    I am a duly qualified Certified Shorthand

 8    Reporter in the State of California, holder of

 9    Certificate Number CSR 11339 issued by the Court

10    Reporters Board of California and which is in full force

11    and effect.  (Fed. R. Civ. P. 28(a)).

12         I am authorized to administer oaths or

13    affirmations pursuant to California Code of Civil

14    Procedure, Section 2093(b) and prior to being examined,

15    the witness was first duly sworn by me.  (Fed. R. Civ.

16    P. 28(a), 30(f)(1)).

17         I am not a relative or employee or attorney or

18    counsel of any of the parties, nor am I a relative or

19    employee of such attorney or counsel, nor am I

20    financially interested in this action. (Fed. R. Civ. P.

21    28).

22         I am the deposition officer that

23    stenographically recorded the testimony in the foregoing

24    deposition and the foregoing transcript is a true record

25    / / /
```

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3           Before completion of the deposition, review of

4    the transcript [XX] was [ ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9

10   Dated:

11

12

13                              _Vivian Lane_

14                              _____

15

16

17

18

19

20

21

22

23

24

25

103