# EXHIBIT C

# EXHIBIT C

**Expert Report of:**


# Larry B. Myer



**LANARD TOYS LIMITED V. TOYS "R" US - DELAWARE, INC., ET AL.**

**Case No.: 3:15-cv-849-J-34PDB**

## RULE 26 EXPERT REPORT OF LARRY B. MYER

### A.    INTRODUCTION

My name is Larry B. Myer.  I have been in the toy industry my entire life, having grown up in the family toy business (the Milton D. Myer Company).  Attached hereto as Exhibits 1 and 2 are two articles describing the Milton D. Myer Company.   Following my college education, I worked in the toy industry for thirty-four (34) years, including thirty (30) years in the family business (the Milton D. Myer Company/Family Toy Stores as Vice President of Sales & Director of Imports and Vice President & Director of Imports) and four (4) years for Lanard Toys (Vice President of Sales; Sales and Marketing Consultant) with extensive experience with the Asian toy market.  I have also served as an expert witness in other intellectual property cases involving toy products, in connection with which I have testified before the International Trade Commission.

I have been retained to review certain records and documents pertaining to the above captioned matter and render my professional opinion with respect to the following issues:

1) What are the respective characters and roles in the toy industry of each of the parties to the above-captioned case?
2) Is the Ja-Ru Chalk Pencil, including as sold by Toys "R" Us and Dolgencorp, a copy of the Lanard Chalk Pencil?
3) Is the Ja-Ru Chalk Pencil, including as sold by Toys "R" Us and Dolgencorp, an inferior version of the Lanard Chalk Pencil?
4) Did the introduction of the Ja-Ru Chalk Pencil in the marketplace cause damage to Lanard?
5) Whether, based upon industry practice, any testing failure of the Lanard Chalk Pencil would have been a reason for any retailer's decision to cease purchasing that Chalk Pencil.

### B.    FACTS AND DATA CONSIDERED

#### (i)    Documents Reviewed

In the course of my work, I reviewed the following documents:

1. The Second Amended Complaint filed in the above-captioned matter.
2. The Lanard Chalk Pencil depicted in Paragraph 12 of the Second Amended Complaint filed in the above-captioned matter.
3. The Ja-Ru Chalk Pencil depicted in Paragraphs 22 and 25 of the Second Amended Complaint filed in the above-captioned matter.
4. Excerpts from the Family Toy Warehouse catalogue, attached hereto as Exhibit 3.

#### (ii)    Material Facts

The following summarizes my understanding of the pertinent material facts:

In 2010, Lanard's designers developed a device that can hold pieces of colored chalk to allow children to draw outdoors. Lanard chose to fashion the chalk holder in the appearance of a pencil, evoking the hallmarks of a pencil found in school classrooms, although on a larger scale. Lanard called its toy the "Chalk Pencil." Lanard published its work by November 1, 2010. It submitted a copyright application for this original work to the United States Copyright Office on September 20, 2011. The Copyright Office registered Lanard's copyright effective as of the same date and assigned it Registration No. VA 1-794-458. Since that time, Lanard has remained the sole owner of this copyright.

Lanard also submitted two United States design patent applications for different versions of its Chalk Pencil. The first application was approved and issued as U.S. Design Patent No. D671,167 on November 20, 2012. The second application, filed on December 21, 2012, was approved for patenting in a Notice of Allowance dated January 10, 2014. The design patent issued on April 1, 2014, as U.S. Design Patent No. D701,902.

Lanard has sold its Chalk Pencil to major United States retailers, including Toys "R" Us, Dollar General branded stores, Walgreen Co., Kmart Corporation, and Wal-Mart Stores, Inc. Lanard supplied the Chalk Pencil to Toys "R" Us on a private label basis starting with the 2012 selling season, and Toys "R" Us sold it as part of its "Sizzlin' Cool" toy line. A copyright notice, "© 2010 LANARD," was marked on the Chalk Pencil. The front of the packaging also included the notice "Patent Pending." Dolgencorp likewise purchased the Chalk Pencil from Lanard for the 2011, 2012, and 2013 selling seasons. A copyright notice, "© 2010 LANARD," was marked on the Chalk Pencil, and the front of the packaging included the notice "Patent Pending."

Toys "R" Us stopped ordering the Lanard Chalk Pencil from Lanard and, shortly thereafter, began offering to the public a product also called "Chalk Pencil." Dolgencorp also has stopped ordering the Lanard Chalk Pencil from Lanard and instead and, shortly thereafter, offering to the public a product also called the "Side Walk Chalk" "Chalk Pencil."

## C.    STATEMENT OF OPINION AND BASES IN SUPPORT THEREOF

"Knock-offs," or copies or infringements of other people's toy designs, are unfortunately endemic in the toy industry. Naturally, popular fads and ideas can give rise to different versions of the same kind of toy. The key is making the product better and differentiating yourself in the marketplace. It is also well known that toys and toy designs may be protected by intellectual property, such as copyrights, patents, and trademarks. Sometimes these protections are noted on packaging or the toy itself, but not always. It is the rare toy that will be a true "open market" toy in that anyone can freely make it. In all instances it is the responsibility of the toymaker to check and insure that his toy does not infringe the rights of others.

Based upon my extensive experience as set forth above, I am familiar with each of the parties in this case. Lanard is a reputable company that invests heavily in proprietary design, including maintenance of its own design center in Oxnard, California. Ja-Ru, located in Jacksonville, Florida, is also well known in the industry as a low-end "rack jobber" (indicating placement of small toys on racks at the end of aisles or check-out counters) making cheap versions of other companies' designs. Based upon my extensive experience in the industry,

including with Ja-Ru, it does not surprise me to learn that Ja-Ru has been alleged to have copied one or more of Lanard's toy designs.

Both Dolgencorp and Toys "R" Us are well-known major retailers of toys and exert what pressure they can to have their vendors offer low prices, which is of course legitimate. Both also have a well-deserved reputation for carrying a proprietary toy with design rights for one or two selling seasons and then switching to a cheaper version or knock-off of the same toy made by someone else who has not made the same investment in design. These retailers have such market power that few vendors can challenge them.

I have inspected both the Lanard "Chalk Pencil" and the Ja-Ru "Chalk Pencil" at issue in this case. There is not the slightest doubt that the Ja-Ru product is a flat-out copy of Lanard's design. Any differences are minimal and would likely not even be noticed by either retailers or consumers in the marketplace. It is also evident to me that the Ja-Ru version is a lesser quality product; it is smaller (although that by itself would not make it a worse toy, and I am informed and believe that Lanard also brought out a small version to counter the Ja-Ru product), the package graphics are poor, and the plastic appears of inferior grade. Based upon my experience in the industry, the introduction of such a product would surely destroy the market for the Lanard toy, which otherwise I would have expected to become a staple product for many retailers because of its appeal and design.

I am informed that Dolgencorp has claimed or implied that the reason it chose to stop doing business with Lanard was that a different Lanard toy had once failed one of the many tests performed on toys, in this case a phthalates test. Based upon my experience in the industry and industry practice, any testing failure of the Lanard Chalk Pencil would not have been a contributing factor for any retailer's decision to cease purchasing that Chalk Pencil. This is a minor issue and would have been swiftly remedied.

**D.    FEE SCHEDULE**

I am being compensated for my time as an expert witness in this case for review of materials, consultation and testimony at the rate of three hundred dollars ($300) per hour and for travel time and preparation time at the rate of one hundred dollars ($100) per hour.

I reserve the right to supplement the opinions contained in this report in the event that other information becomes available to me and in response to any contrary opinion reports that are submitted.

Dated: May 19, 2017.

Larry B. Myer

# Curriculum Vitae

# For

# Larry B. Myer

1108401/32895760v.1

**Larry B. Myer**
3210 S. Ocean Blvd. PH3, Highland Beach, FL 33487  PH# 412-965-9140
lbmyer1952@aol.com

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2004 – 2006 | Lanard Toys |

*Sales and Marketing Consultant*
- Representative for select House Accounts
- Liaison between U.S. sales representatives and Hong Kong

| | |
|---|---|
| 2002 – 2004 | Lanard Toys |

*Vice President of Sales*
- Responsible for sales in the U.S. and Canada
- Increased sales by 30% during tenure
- Managed 16 Sales Reps. plus responsible for In-House accounts
- Called on key accounts, FAO Schwarz, Lillian Vernon, Rite Aid, Alco/Duckwall, Value City, Cosco, BJ'S Wholesale Club, Fred Meyer, K.B. Toys, Dollar General, Toys-R-Us (Canada), Wal-Mart (Canada), Zellers (Canada), plus responsible for all 2nd tier accounts in the U.S. and Canada
- Assisted in New Product Development, in particular The Corps, Ultra Corps and Total X-Stream Air
- Assisted in developing new concepts in packaging and POS presentation
- Responsible for Forecasting and providing competitive market data
- Supported the Marketing Department

| | |
|---|---|
| 1988 – 2002 | Family Toy Stores |

*Vice President & Director of Imports*
- Advertising – Worked with creative team to develop holiday catalogues, full color inserts, ROP, radio and television
- Distribution – Responsible for assisting in allocation of product to stores
- Imports – Traveled to the Orient four times a year to develop and purchase product, responsible for negotiating shipping contracts
- Marketing – Radio and television promotions,  assisted in promotion of both charitable and community interaction
- Increased import sales by 66%

| | |
|---|---|
| 1972 – 1988 | Milton D. Myer Company |

*Vice President of Sales & Director of Imports*
- Accomplishments – Responsible for In-House sales team, created programs and promotions for accounts
- Responsible for all import purchasing from the Orient

## Education

Robert Morris University          Business Administration

# EXHIBIT 1



# The Pittsburgh Press
## Business & Finance
Sun., May 29, 1977    C-3

# Business Still Fun After 60 Years Of Toying Around

By WILLIAM H. WYLIE
Press Business Editor

"When the other kids were playing ball, I was in Schenley Park selling balloons," Dave Myer recalled.

He's been selling toys ever since. In fact, he believes the family-owned Milton D. Myer Co. he heads is the largest wholesale toy dealership in the Pittsburgh area. Annual volume tops $10 million, he told an interviewer.

But this didn't happen overnight. It has taken 60 years to build the business Myer's father and mother started in a small apartment on Oakland's Juliette St.

As with every success story, the script for this one has been kept alive by good ideas. Myer's latest major in-

... "toy supermarket" that ... 250-square-foot section ... warehouse in Carnegie.

It's about the size of a food store, but there the similarities end. Shelves are stacked with toys, not groceries, and the average customer spends from $350 to $500 per visit — six to 10 times more than the average food shopper.

Myer believes his supermarket is unique in the toy industry. He set it up for customers who buy in small quantities — mainly retailers who want only a few units of this or that.

It's the only way he could think of to handle small orders. And it has clicked, Myer said, predicting the operation will account for 15 per cent of total volume someday, up from the present 10 per cent.

Most of Myer's business is done with the big department stores and mass merchandisers, he said. Although the trend for retailers to deal directly with manufacturers has put a lot of wholesalers out of business, this hasn't happened in the toy industry, he said.

"There are some good reasons why we have survived," he explained. "Stores don't have space to carry inventories so we do it for them," he continued.

This also means wholesalers bear the expense of carrying inventory.

Although it's only spring, Myer's 100,000-square-foot warehouse is jammed with Christmas merchandise. Toys that will appear under the tree this holiday season already are being ordered by stores, he said.

The wholesaler's inventory role isn't his only value to retailers, Myer noted. "Merchants rely on our salesmen to keep them abreast of the toy market, what's being promoted, which are expected to be the hot items," he added.

Then there's the problem of keeping store shelves filled, especially during the October-December period when retailers do 65 per cent of their toy business. "Reordered merchandise should be in the store within 24 hours," Myer said. "Factories could never do this so stores rely on wholesalers," he continued.

This means the wholesaler takes much of the risk. He gambles on whether merchandise will sell or not.

"Last year we lost our shirt on skateboards. Now we can't get enough of them," Myer declared. "It's a crisis-oriented business!"

Of course, some lines — the staples — are predictable. There's little risk there. But periodically a craze of one kind or another ignites a buying spree, such as the famous hula-hoop episode.

From time to time a yo-yo gets hot, Myer believes a promotion scheduled in September by a manufacturer may trigger kids' interest again.

As every parent knows, dolls have come a long way from the old days. There are battery-operated models that walk around, talk, eat and do some unmentionable things.

There's one doll that grows hair when squeezed. If it's a male model, a beard sprouts, too. After a shave and a haircut, the clippings can be recycled. Myer said there's a lot of price cut-



DAVID MYER
Santa's helper.

ting on toys, especially when an item gets hot. "These are used as loss leaders to attract customers," he said.

Toy prices will be up 6 to 10 per cent this Christmas, Myer observed. That's a big piece of change considering Americans spend about $3 billion a year on toys.

Even though the birth rate has been declining, toy sales keep gaining, he said. Prices are up, but toys are more sophisticated, too, he added.

Electronic games are big this year and so are the price tags. But this isn't a kids-only market. Adults give it a big play, too.

Thirteen years ago the Myer firm bought its present building on Rothesay Ave. in Carnegie from the old Associated Grocers' co-op. The company stocks 6,000 items and does business in five states.

Now Myer is beefing up his computer to speed checkouts in the supermarket operation.

There's always something to keep Santa's helper busy.

# EXHIBIT 2



# TOYS
## AND NOVELTIES

PUBLICATIONS — PUBL...                    THE 1ST AND 15TH

IN NEWS SECTION (starts page 31):

**Riots, Strikes in Hong Kong Have Little Effect on U.S. Firms**

**Lionel Buys American Flyer Line**

**Ohio Assembly to Consider Stuffed Toy Labeling Bill**

JUNE 15, 1967

## Balloons to Big Business

### Fifty years for the Milton D. Myer Company

for the first time in the Penn Sheraton Hotel three years ago, before Myer had its new warehouse, and attracted 350 people. Over a thousand attended the

They visit their customers once or twice a week or once a month, depending on how much attention is welcomed or needed. They help with purchasing and inventory

search for a satisfactory took almost 36 months came to an end when the Avenue building in Carne made available here

One of the nation's major toy wholesalers marks its golden anniversary this year and celebrates its growth from a distributor of carnival and circus supplies to a major corporation with sales in excess of $4 million.

● From balloons and bright-colored flying birds to big business . . .

From a gross of blow-ups, a ball of string and a square foot of borrowed land on a busy street corner to a 93,000 square-foot warehouse and a business that grosses over $4 million a year . . .

That's how far Milton D. Myer has come.

His wholesaling company officially celebrated its 50th anniversary with a fair (its third) held May 19, 20 and 21 in its one-year-old warehouse.

The new building has been open for steadily accelerating business since March 1, 1966, in Carnegie, a suburb of Pittsburgh.

But Myer actually began his career 68 years ago. He was 12 years old when he scraped all his pennies together and bought three dozen balloons from a "peddler" at a street fair. He sold them, at a profit of course, for 10 cents apiece. Sometimes they had to go for a nickel.

Promoters of big industry shows and "carnie" men of today think they can't operate in the balloon business without a tank of helium to make them float, or at the very least, a mechanized blow-up gadget. Myer used his own lung-power then and for many years after, even in the later days when he and his son spent weekends and holidays selling balloons near the entrance to Pittsburgh's Highland Park.

In the early days the customers traveled in streetcars or buggies, and balloons cost a lot less. Nowadays, the Cadillac and station wagon drivers will part with as



THREE GENERATIONS OF MYERS—FUTURE WHOLESALER LARRY, DAVID AND MILTON D.

much as 50 cents to buy a fancy shape or a balloon toss-up from one of Myer's wholesale accounts.

The streetcorner salesman became a wholesaler and distributor of all manner of carnival and circus supplies in 1917, opening an office 20 feet square on the second floor of a building in the heart of the city.

A year later he met his wife, Lena, and when he married her 49 years ago he "stole the best bookkeeper in town." She's been a guiding force in the business ever since.

David A. Myer, the couple's only son, started out in the balloon and flying bird business when he was almost as young as

his Dad had been on his first day as a retailer. In fact, Milton Myer remembers David "visiting" the store when he was seven years old. Dave recalls "artfully dodging" certain authorities who did not precisely appreciate the sale of his airy wares on downtown streets. At the age of 17, he went on the road on his own, first contacting his Dad's old accounts in Johnstown, Altoona and Warren, Pa.; in Morgantown, Fairmont and Clarksburg, W. Va.; then developing new contacts.

Marbles and string tops, balloons and birds of course, and any other toy that would cost the customer "up to a dime" were in his line. Today, he travels to Mexico,

24



THERE WERE 1,000 BUYERS IN ATTENDANCE AT THE THIRD ANNUAL MYER TOY SHOW HELD IN THE COMPANY WAREHOUSE LAST MONTH.

Japan and Europe, and the toys he sells can run from 10 cents to fifty dollars at retail, and even higher.

In 1950, the Myer company began to think in terms of major expansion. The first step was to bring Leon Katz into the firm to open accounts and build a sales force.

Now, Katz heads a staff of 12 that sells toys, games, dolls, wheel goods, hobbies, crafts, carnival supplies (including balloons and flying birds) in Pennsylvania, Ohio, Maryland, upper New York State and West Virginia. Salesmen visit and sell to chain, department and toy stores in Pittsburgh and other cities.

Nationally, they sell a line of Easter baskets and straw cowboy hats that Myer imports from Mexico for chain stores and discount chains.

Dave Myer comments that the salesman's life, though still a rugged one, is much less demanding than it was when he and his Dad took an accident-prone Model T Ford with a big box on the back out on muddy Pennsylvania country and mountain roads years ago. In those days, they carried 12 to 15 back-breaking telescope cases full of samples on every trip. These have been replaced by handsome factory catalogues, which back up the pre-exposure customers get in trade magazines, on

television and in the newspapers.

This year's catalog is the biggest one yet, with 65 fine-print pages of items with numbers, cost, weight and packaging information. The book, which was prepared for the company by Katz, was introduced at the anniversary toy show in May and salesmen will personally deliver 1,000 more to their accounts.

Katz also makes buying trips abroad, alternating seasons with Dave Myer. He has charge of the toy show, meant to give buyers and retailers who don't get to New York in March a chance to survey offerings for the new season.

The annual toy show was held

25

**TOYS and NOVELTIES—June 15, 1967**

or the first time in the Penn Sheraton Hotel three years ago, before Myer had its new warehouse, and attracted 350 people. Over a thousand attended the three-day showing this year to see the merchandise of 50 of the 277 factories whose toys Myer handles and lists in his catalog.

Salesmen under Katz live in Cleveland; Erie, Pa.; and West Virginia and service those areas. Nine men work within a 50-mile radius of Pittsburgh. Part of the Myer success story is the service these men give to their accounts.



Emulating his grandfather, Richard Myer waves balloons on major Pittsburgh highway near the Myer plant.

They visit their customers once or twice a week or once a month, depending on how much attention is welcomed or needed. They help with purchasing and inventory control when necessary and advise and assist with promotion and display for their stores. They help select leading toys that tie in with television and newspaper advertising.

Efficiency of the new warehouse operation means accounts can get reorders within hours. They can get orders from Myer to fill outages on their shelves right up to the day before Christmas.

When Katz went with Milton D. Myer, the company had already made two expanding moves. He remembers them in a 40 by 100-foot storeroom with three other floors upstairs and a basement of similar size available for stockpiling—but with no elevator to help carry packages up and down stairs, no dock space but the sidewalk, and no access to rail siding.

Two later moves, one to a store with an elevator and a front on the busy Boulevard of the Allies, a much traveled artery; the second to the Try Street Terminal Building where they at least had access to train tracks, preceded the big warehouse venture which has increased Myer's operating efficiency more than 100%.

The big move was contemplated for at least five years. Actual search for a satisfactory location took almost 36 months. It finally came to an end when the Rothesay Avenue building in Carnegie was made available because a wholesale grocery association went out of business.

The ready-built warehouse offered a giant one floor storage area, the only one of its kind in the toy business in western Pennsylvania, Myer says. A Norfolk and Western Railroad siding, from which at least six box cars can be unloaded at once, runs alongside the building. Eleven trucks or trailers can load in the dock area at the same time.

Location of the building is ideal for truckers and for customers. It is eight minutes from the Golden Triangle where the Allegheny and Monongahela rivers form the Ohio River, and on the Parkway West, a throughway for Routes 22 and 30, also carrying the Federal Route 79 sign. Just 20 minutes past the Myer warehouse, the parkway passes Greater Pittsburgh Airport. Most Myer customers get their orders from public carriers, but the company rents a few trucks for delivery in the Pittsburgh area.

Speeding up the warehouse operation are five new battery-powered order pickers which can store or select toys on a triple deck of shelves that extend all the way up to the 35-foot ceiling. Pickers can



CHECKING MEXICAN ITEMS IN HIS OFFICE WHICH OVERLOOKS THE FLOOR OF THE MYER WAREHOUSE IS SALES MANAGER LEON KATZ.



**New battery-powered order picker**, one of five, helps warehouse foreman Lou Gallowich store merchandise on shelves in the huge Myer warehouse.

Dave Myer says the company has considered the modern practice of selling only in unbroken cartons, but he prefers to remain faithful to his small accounts who have been loyal to his family's firm for so many years. As of now, he still splits cartons for these long-time associates.

Though they took care of the small retailer as well as the giant, the company was able to move 120 carloads of toys through its warehouse in 1966. Officials expect to increase their carloading considerably in 1967.

"We have well stocked shelves" says Leon Katz when asked for an explanation of the Myer Company's mushrooming success. Dave Myer lists honesty, loyalty and 24 hour service to his customers as important factors.

The economics of the new suburban retail outlet have something to do with the expansion of this warehouse-jobber operation. Square foot rentals are so high in the big new shopping centers that small retailers and their big brothers, the department store branches, can't afford the cost of warehousing backup stock. Minimum shipping costs from distant factories are prohibitive. As a result, Milton Myer's wholesale operation plays an important part in the success of their businesses. Through Myer's new warehouse, customers can be sure of replenishing their retail shelves within 24 hours after they place their orders.

The television screen, David Myer believes, is one of the best advance and back-up salesmen in the business. Most toy factories agree and bring dollars to the Pittsburgh market to help boost their own sales. But selling toys that take up space on his shelves is Dave Myer's business. He doesn't have time to worry about air or video time. He has delegated that chore to an advertising and public relations agency.

Helping to see that toy television dollars are placed efficiently is the Hallmark Advertising Agency, headed by president Marvin Jacobson, which has worked with the firm for 10 years. It is completely independent of the Myer organization, but it handles pur-

*continued on page 41*

tote the orders right to the trucks on 40 by 48-inch wooden pallets. But they usually transfer them to little Totemaster runabouts, also battery operated.

Lou Gallowich, foreman, has supervised operations on the warehouse floor for five years. He supervises a crew of 10 men. With the public address system Myer has installed, any man in the plant can answer a paging call or a question without leaving his work.

In addition, executives feel they're closer to the operation and

to their people because they can all see a large part of the warehouse from their wide-windowed balcony offices.

An automated billing system is already in operation, with four girls working under Mrs. Myer, handling all the clerical details. Stock inventory is still taken by hand, but computerization is planned in stock control for the first of next year. John H. Brown, with the company 15 years, keeps import records and has charge of showroom accounts. He also handles sales on the showroom floor.

## MILTON D. MYER    continued from page 27

chase of all television time for Myer accounts.

Expanding from about $30,000 to $300,000 since 1957, purchase and sale of toy television time accounts for about 12% of his business, Jacobson says. It has also put him in touch with two toy factories, one in Boston and one in New York, for which he prepares television commercials.

Myer feels that this on-the-scene agency placement allows toy factories to get the most for their TV money.

The third generation of Myer men, Dave's sons Larry, 14; Richard, 11½; and Alan 9, don't sell balloons on the streets like their Dad and Granddad did. But because of their looks, their ease before the camera, and, frankly, their accessibility, Hallmark has used them as child "stars" to sell toys in TV commercials that have been seen in Denver and as far away as Honolulu. (Ironically, the color-it toys and hobby items they pitched aren't handled in their father's warehouse.)

Myer is considered one of the most progressive wholesalers in the country and ahead of the trends in merchandising and promotion, but Marv Jacobson says it's one account he wouldn't want to trade places with. David Myer, now carrying most of the load for his father, who will be 80 next February, often works a 16-hour day, starting at 7 a.m. and finishing when sales by appointment with out-of-town buyers are concluded at the warehouse late in the evening.

Getting a lot of attention these days, although they get no television time, are the import toys handled by the Milton D. Myer Company (actually a corporation). Those flying birds the elder Myer sold years ago were imports, not too much different from ones sold today from the company's import showroom right in the warehouse.

Now his son David and sales manager Katz each go to Japan and Mexico once a year to select their imported toys first hand.

This year Katz's buying trip will take in Hong Kong, where he will buy plastic toys for Easter

and summer of 1968; and Korea, where he will check out metal toys, baseball gloves and he doesn't know what else yet. He will order inflatables from Taipei, Formosa.

In Japan, Katz will go to Tokyo for the best battery-operated and metal toys he can find. He will also go to Osaka, where he will choose low-end toys and novelty hats. In Nagoya, he will get little girls' "real china" tea sets and miniature pianos. Last year Katz designed a new vinyl inflatable kiddie pool which he had made up in Tokyo. It has a turtle seat built into the center to give beginning paddlers a safe seat and a sense of security in the water. In retails for about $5. The company also had some new Easter windups made.

### Touring Mexico

Katz and Myer spend at least a week in Mexico each year. It took three years of research to find towns far out in the provinces where workers would give the best quality of merchandise with the most reliable delivery. The handmade work takes so long that Katz had to start placing orders for 1968's Easter baskets the day after Easter. Dave Myer buys Christmas merchandise in January. Mexican straws bought by the firm are sold all over the United States.

David Myer visits the European toy centers every third year. He was particularly impressed with the doll display at the Nuremburg Toy Fair on his last trip. But he finds most of the European merchandise too exotic for his self-service, off-the-counter, big volume accounts. Department stores use them to "flavor up" their displays, he says, but he finds very little for his own trade.

The smoothed-out one-floor Myer warehouse so handily located on the railroad tracks is a great boon to the company's import business as well as for domestic toy jobbing.

It's no wonder that Milton D. Myer sees a ballooning future for the toy business through his imported toy telescope. ∎

continued on page 41

**EXHIBIT 3**



# FAMILY TOY WAREHOUSE

*Toys since 1917*





*Three generations of the Milton D. Myer family. David Myer (seated), with sons Larry, Richard and Alan. Company founder Milton D. Myer in portrait.*

# COMPANY BACKGROUND

The Family Toy Warehouse is founded and owned by the Milton D. Myer Company.

Three generations ago, Milton D. Myer began a small wholesale toy business. Originally a supplier to neighborhood variety stores, the Company grew to become a major distributor throughout the Northeast. Warehousing facilities were built with direct access to rail and highway transportation.

As toy manufacturing became centered off shore, the Company established direct importing capabilities in the Far East.

With the combined capabilities of extensive warehousing, high volume buying power, and sophisticated distribution, the move into retail stores was a natural progression in the Company's growth.

Today, we continue to operate a vast wholesale operation as well as a successful chain of large retail stores.

The emphasis on future growth is in retail. This brochure has been prepared to give you a feel for the kind of stores we operate, and the kind of locations we're anxious to secure.









## STORE PHILOSOPHY

Our public perception is simple: the largest possible selection, at the lowest possible everyday prices.

We use the word "warehouse" in our name, and promote ourselves as the home of "everyday low warehouse pricing." But our stores are anything but warehouse-looking in design.

Stores are clean and well-lighted, with comfortably wide aisles. Over 10,000 items are carried in stock everyday. Merchandise categories include an especially generous bicycle department, a complete selection of juvenile goods, the latest electronic games, and all standard merchandise groupings for children through their early teens.

The impression of huge selection is re-enforced through high-stacked merchandising and display strategies.



## WHAT WE LOOK FOR IN A LOCATION

Our goal is to enter markets where we can be the largest, most dominant toy retailer.

We look for the hidden gems that the larger national chains may have skipped over in their rush to develop major markets. Our success is in retail trading zones of 100,000 to 200,000 population. A healthy, stable economy, and a good base of young families are, obviously, important factors.

Since we're aggressive advertisers, we look for the availability of strong local media.

Physically, we require locations of approximately 20,000 square feet. Locations should have adequate parking, convenient access, and good visibility from the primary arteries.

We're equally comfortable in entering new developments, or in restructuring existing stores.

## LET'S TALK!

If you've got a location you think might fit our formula, let's hear about it.

Please contact:
> Richard Myer
> President
> Family Toy Warehouse
> c/o Milton D. Myer Company
> Rothesay Avenue
> P.O. Box 205
> Carnegie, PA 15106-0205

