United States District Court
Middle District of Florida
Jacksonville Division

**LANARD TOYS LIMITED,**

*Plaintiff,*

v.  NO. 3:15-CV-849-J-34PDB

**DOLGENCORP LLC ETC.,**

*Defendants.*

---

# Order

The Court previously denied Lanard Toys Limited's motion to maintain information under seal, Doc. 374, without prejudice to filing a motion providing necessary information on sealing by March 15, 2019. Doc. 441 at 3. Lanard timely filed another motion to maintain documents under seal, Doc. 465, and the defendants have responded, Doc. 466.

Much of the motion and response discuss how Lanard designated the information under the terms of the protective order. The designation has little bearing on what information should remain sealed; the designation provides insufficient judicial scrutiny to decide what information should be sealed from public view in this public case.

Lanard seeks to maintain under seal customer and third-party-manufacturer identities and information regarding sales, profit margins, and pricing. Doc. 465 at 8–13. Lanard requests the documents be sealed until July 31, 2020. Doc. 465 at 13–14.

Applying the standards previously described, Doc. 189 at 1–3, Doc. 441 at 1, Lanard has overcome the presumption of public access. The customer names (with

exceptions described below) and financial information are not publicly known, and their disclosure could provide a competitive advantage to others. The information concerns no public official or public issue. Lanard has narrowly tailored the requested relief, and no less restrictive alternative appears available.

The Court **grants** Lanard's motion, Doc. 465, to the extent the following information may be redacted until July 31, 2020, with a redacted version placed by the clerk on the public docket. Lanard is cautioned that some of the information could be disclosed earlier in orders or at trial.

| Doc. | Page:Line or Bates |
|---|---|
| **238** | (the Bates stamps are not visible but the documents are the same as LNRD-000736–LNRD-000740) |
| **326-5** | LNRD-000736–LNRD-000740 |
| **324-5** | (the Bates stamps are not visible but the documents are the same as LNRD-000736–LNRD-000740) |
| **325-4** | (the Bates stamps are not visible but the documents are the same as LNRD-000736–LNRD-000740) |
| **358-5** | (the Bates stamps are not visible but the documents are the same as LNRD-000736–LNRD-000740) |
| **355** | 34:24<br>35:18, 19<br>40:9<br>43:5–24<br>44:1–8<br>46:24<br>47:2, 4, 5<br>51:22<br>54:19–20<br>Customer names in word index and transcript |
| **376-3** | Paragraph 11<br>Pages 37–38 (ex. 2) |
| **319-1** | Paragraph 11<br>Pages 37–38 (ex. 2) |
| **379-3** | Paragraph 11<br>Pages 37–38 (ex. 2) |
| **357-2** | COHEN 0027 |
| **376-3** | Paragraph 14 |
| **319-1** | Paragraph 14 |
| **379-3** | Paragraph 14 |

The Court **denies** the motion, Doc. 465, to the extent Lanard seeks to maintain under seal these customer identities: Walgreens, Kmart, and Walmart. Lanard has publicly identified them as customers in the complaint (Doc. 103 at 5) and declaration by James Hesterberg (Doc. 299-1 at 6, Doc. 321-3 at 6). To the extent the above documents identify Walgreens, Kmart, or Walmart, those names will not be redacted.

The Court **directs** the clerk to place redacted versions of the listed documents on the public docket and unseal any document not specifically listed here or in Document 441 by April 19, 2019 (unless the Court has otherwise allowed a document to remain under seal, see, e.g., Doc. 189 at 4.)

**Ordered** in Jacksonville, Florida, on March 20, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of record