**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LANARD TOYS LIMITED,

    Plaintiff,

v.   Case No.   3:15-cv-849-MMH-PDB

TOYS "R" US-DELAWARE, INC.,
DOLGENCORP, LLC, and JA-RU,
INC.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 529; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on August 20, 2021. In the Report, the Magistrate Judge addresses Defendants' Renewed Motion for Attorneys' Fees and Memorandum of Law (Doc. 518; Motion for Fees) and Defendants' Motion to Tax Costs Pursuant to Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, Local Rule 4.18, and for Costs under FDUTPA, and Supporting Memorandum of Law (Doc. 477; Motion for Costs). The Magistrate Judge recommends that the Court enter an order determining that Defendants "are

entitled to an award of fees under the Lanham Act and FDUTPA[1] but not under the Copyright Act or Patent Act." See Report at 120. Judge Barksdale further recommends that the Court direct the Magistrate Judge to "expeditiously prepare a report and recommendation on reasonable attorney's fees and non-taxable costs" and defer final rulings on the Motion for Fees and Motion for Costs pending that determination. Id. The Magistrate Judge recommends awarding Defendants $21,256.11 in taxable costs. Significantly, Plaintiff did not file objections to the Magistrate Judge's Report.

On September 3, 2021, Defendants filed objections to the Report, see Defendants' Objection to Report and Recommendation on Defendants' Entitlement to Attorneys' Fees (Doc. 530; Objections), and on September 17, 2021, Plaintiff filed a response to the Objections, see Plaintiff's Response to Defendants' Objection to Report and Recommendation on Renewed Motion for Attorneys' Fees (Doc. 531). In their Objections, Defendants object to the Magistrate Judge's determination that they are not entitled to fees under the Copyright Act or Patent Act. See Objections at 5. Defendants argue that the findings in the Report are sufficient to demonstrate their entitlement to fees under those Acts, but if not, the Court should resolve certain "open factual

---

[1] The Florida Deceptive and Unfair Trade Practices Act (FDUTPA), section 501.2105 of the Florida Statutes.

issues" which, in Defendants' view, would demonstrate that fees are warranted. Id. at 5-6.

Alternatively, Defendants assert that, "even if limited to recovering fees under the Lanham Act and FDUTPA, Defendants may still recover all or the vast majority of their requested fees." Id. at 18. As such, Defendants "propose that the Court defer ruling on these objections until the Magistrate Judge has prepared a report and recommendation on reasonableness." Id. In Defendants' view, "[o]nly if the fees are allocated in a way that the precise statutes under which defendants are entitled to recover becomes consequential will the Court need to rule on these objections." Id. In its Response to the Objections, Plaintiff asserts that the Magistrate Judge correctly determined that fees were not warranted under the Copyright Act and Patent Act. In addition, Plaintiff argues that "apportionment and allocation of the fees associated with the patent and copyright claims is necessary so that they may be properly excluded in any fees award." See Response at 13-14. According to Plaintiff, it would violate preemption principles to allow Defendants to recover most of their fees through the FDUTPA claim. See id. at 10-13.

In light of the foregoing, and given that there is no objection to the recommendation that Defendants are entitled to an award of fees under FDUTPA and the Lanham Act, the Court finds it appropriate to recommit the

matter to the Magistrate Judge for a recommendation on the parties' allocation arguments and the reasonable amount of fees and non-taxable costs.

Accordingly, it is

**ORDERED:**

1. The Court **DEFERS** consideration of the Report and Recommendation (Doc. 529).

2. Defendants' Renewed Motion for Attorneys' Fees and Memorandum of Law (Doc. 518; Motion for Fees) and Defendants' Motion to Tax Costs Pursuant to Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, Local Rule 4.18, and for Costs under FDUTPA, and Supporting Memorandum of Law (Doc. 477) are **RECOMMITTED** to the Magistrate Judge for the preparation of a supplemental Report and Recommendation on allocation and the reasonable amount of fees and non-taxable costs. The Magistrate Judge may obtain any supplemental briefing as necessary.

3. The Court requests the entry of the supplemental Report and Recommendation no later than **January 11, 2021.**

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of September, 2021.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record

The Hon. Patricia D. Barksdale
    United States Magistrate Judge