Dated    7th October            2020

LANARD TOYS LIMITED

and

FAIRMOUNT INVESTMENTS LIMITED

---
ASSIGNMENT
---

1

PATENT
REEL: 054107 FRAME: 0599

THIS ASSIGNMENT is made the 7th day of October Two Thousand and Twenty

**WHEREAS, Lanard Toys Limited**, a Hong Kong limited liability company, having a principal place of business at 28th Floor, Elite Centre, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong (hereinafter *"the Assignor"*), has adopted, is the beneficial owner of, has used and is using the intellectual property which is registered in the United States Patent and Trademark Office and the U.S. Copyright Office as set forth in the annexed Schedule A1, A2 and A3 (hereinafter referred to as the *Intellectual Property)*; and

**WHEREAS, Fairmount Investments Limited**, a Hong Kong limited liability company, having a principal place of business at 28th Floor, Elite Centre, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong, (hereinafter *"the Assignee"*), has, as of 1st November 2019 (hereinafter *"the Effective Date"*) acquired all the right, title and interest in and to the Intellectual Property, including any choses in action relating to the Intellectual Property, together with the goodwill of the business symbolized by the Intellectual Property and the registration thereof as set forth in the annexed Schedule A1, A2 and A3; and

**WHEREAS**, it is desired that the assignment of the Intellectual Property identified in the annexed Schedule A1, A2 and A3 be made of record in the United States Patent and Trademark Office and the U.S. Copyright Office.

**NOW, THEREFORE,** in consideration of the sum of one United States Dollar (US$1.00) and other good and valuable consideration, the full receipt and sufficiency of which are hereby acknowledged, the Assignor, as of the Effective Date, did and hereby does sell, assign, transfer and convey unto the Assignee all of its right, title and interest in and to the Intellectual Property, including any choses in action relating to the Intellectual Property, claims for damages, profits and costs, both in equity and law, for any infringement or infringements of the Intellectual Property rights accruing on or before the date of the Assignment, together with the goodwill of the business symbolized by the Trademark, and including the registration thereof as set forth in the annexed Schedule A1, A2 and A3; and Assignor agrees to execute any further documents, now and hereinafter necessary to perfect the rights herein assigned, all without further compensation to Assignor.

IN WITNESS whereof the Assignor has caused its seal to be hereunto affixed the day and the year first above written.

SEALED with the Common Seal of )
Lanard Toys Limited and signed by )  *James W Hesterberg* (signature)
Hesterberg, James William, Managing )
Director in the presence of:- )

ss Hong Kong

On __7th October__, 2020 before me, the undersigned Notary Public in the Hong Kong Special Administrative Region, personally appeared Hesterberg, James William, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(ies) and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*(signature)*
ALAN HUBERT DAY
Notary Public
Hong Kong SAR

Notary Public

3

**PATENT**
**REEL: 054107 FRAME: 0601**

| | |
|---|---|
| SEALED with the Common Seal of Fairmount Investments Limited and signed by Mak, Mei Chui Joyce, Director, in the presence of:- | ) ) ) ) *[signature]* |

ss Hong Kong

On  7th October  , 2020 before me, the undersigned Notary Public in the Hong Kong Special Administrative Region, personally appeared Mak, Mei Chui Joyce, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*[signature]*

ALAN HUBERT DAY
Notary Public
Hong Kong SAR

Notary Public

4

## Schedule A1 - Design Patents in USA

| | Patent | Diagram | Patent's Description | Lanard's Item Name | Expiry Date |
|---|---|---|---|---|---|
| 1 | D815,220 | | Toy throwing ball (without handle) | Chalk Bomb (without handle) | 10-Apr-2033 |
| 2 | D804,596 | | Toy throwing ball (with handle) | Chalk Bomb (with handle) | 5-Dec-2032 |
| 3 | D757,851 | | Marker | Chalk Marker | 31-May-2030 |
| 4 | D730,997 | | Toy gun | DragonFire | 2-Jun-2029 |
| 5 | D729,880 | | Toy gun | Huntsman | 19-May-2029 |
| 6 | D721,143 | | Cranking cannon toy gun | Cranking Cannon | 13-Jan-2029 |
| 7 | D701,902 | | Chalk holder | Chalk Pencil (formerly known as Chalk Crayon) | 1-Apr-2028 |
| 8 | D691,672 | | Boomerang | Boomerang | 15-Oct-2027 |
| 9 | D671,167 | | Chalk holder | Chalk Pencil | 20-Nov-2026 |
| 10 | D646,735 | | Spherical toy | Fushion Ball | 11-Oct-2025 |
| 11 | D565,669 | | Bubble toy | Spin Ripper | 1-Apr-2022 |
| 12 | D540,888 | | Reversible cycle toy | Cut Back Cycle | 17-Apr-2021 |
| 13 | D539,356 | | Bubble weed trimmer toy | Bubble Weed Trimmer | 27-Mar-2021 |

Schedule A2 - Registered Trademarks in USA

| No. | Mark | Registration No | Registration Date |
|---|---|---|---|
| 1 | LANARD | 3,830,453 | 10-Aug-2010 |
| 2 | PROP SHOTS | 1,262,515 | 27-Dec-1983 |
| 3 | Lanard (logo) | 2,412,187 | 12-Dec-2000 |
| 4 | SUPERSHOTS | 2,557,662 | 9-Apr-2002 |
| 5 | FAIRYKINS | 2,562,596 | 16-Apr-2002 |
| 6 | BUBBLE CLUB | 3,005,459 | 11-Oct-2005 |
| 7 | THE CORPS! | 4,098,370 | 14-Feb-2012 |
| 8 | HUNTSMAN | 4,426,728 | 29-Oct-2013 |
| 9 | CHALKIE | 4,871,428 | 15-Dec-2015 |
| 10 | CHALK BOMB! | 5,046,808 | 20-Sep-2016 |
| 11 | ROYAL BREEDS | 5,090,565 | 29-Nov-2016 |
| 12 | CHALK BLAST BALLS! | 5,386,759 | 23-Jan-2018 |
| 13 | JURASSIC CLASH! | 5,386,194 | 23-Jan-2018 |
| 14 | NATURE EXPLORER | 5,386,772 | 23-Jan-2018 |
| 15 | LT | 5,395,629 | 6-Feb-2018 |
| 16 | TUFF TOOLS | 5,511,350 | 10-Jul-2018 |
| 17 | ANIMAL ACRES | 5,651,587 | 8-Jan-2019 |

## Schedule A3 - Copyright Registration in USA

| Full Title | Copyright Number | Year of Registration |
|---|---|---|
| Muscle Challenge - Trigger Launched Racers - Product & Packaging | VA2-145-869 | 2018 |
| Chalk Blast Balls! Product & Packaging. (Pack of 1) | VA0002069796 | 2017 |
| Chalk Blast Balls! Product & Packaging. (Pack of 3) | VA0002108858 | 2017 |
| Chalk_ball_pacakging_and_product. | VA0002022296 | 2015 |
| Chalk_balls_colored_pacakging. | VA0001999283 | 2015 |
| Toy Bow and Arrow - Sugar Shot. | VA0002023457 | 2014 |
| Toy Bow - Siren Strike. | VAu001177335 | 2014 |
| Toy Crossbow - X.O. X-bow. | VAu001177337 | 2014 |
| Toy Gun - Banshee Beat. | VAu001177338 | 2014 |
| Toy Gun - Sweet n' Sour. | VAu001177334 | 2014 |
| Chalk_crayon_colored_pacakging. | VA0001999282 | 2012 |
| Toy - Boomerang - Big Bad Boomerang. | VAu001119692 | 2012 |
| Toy - Bubble Copter. | VAu001118479 | 2012 |
| Toy - Bubble Lab. | VAu001118478 | 2012 |
| Toy - Dilly Dilys. | VAu001118472 | 2012 |
| Toy - Firefly. | VAu001118477 | 2012 |
| Toy Gun - Ballistic Shooter. | VAu001118474 | 2012 |
| Toy Gun - Cranking Cannon. | VA0001842995 | 2012 |
| Toy Gun - Double Barrel. | VA0001842988 | 2012 |
| Toy Gun - Pump Shot. | VA0001843001 | 2012 |
| Toy - Pixies. | VA0001858106 | 2012 |
| Toy - Pixies and Package. | VA0001858104 | 2012 |
| Toy Aircraft - Propshots - Ripcord Launcher Copter. | VA0001794690 | 2011 |
| Toy Animals - Countrykinz - Deluxe Animal Set. | VAu001081777 | 2011 |
| Toy Bubbler - Bubble Pull Truck. | VAu001081875 | 2011 |
| Toy Bubbler - Squirt n Bubbles (Whale) | VAu001081873 | 2011 |
| Toy Bubbler - Thought Bubbler. | VAu001081874 | 2011 |
| Toy Cook'N Kitchen - Baking, Cooking and Cutting Set. | VA0001797751 | 2011 |
| Toy Cook'N Kitchen - Pizza and Waffle Cooking Set. | VAu001084242 | 2011 |
| Toy Cook'N Kitchen - Sushi, Burger and Taco Set. | VAu001084309 | 2011 |
| Toy Dolls - Countrykinz - 3 dolls. | VAu001082067 | 2011 |
| Toy Gun - Total X-Stream - Foam Ball Blaster. | VAu001081872 | 2011 |
| Toy - Splashy Kahuna. | VA0001842997 | 2011 |
| Toy Vehicles - Coo Coo Crazy Cars (Squad Cruizer, Mega Muscle, Sport | VA0001794454 | 2011 |
| Toy Vehicles Play Set - Coo Coo Crazy Cars Rally Racetrack Playset. | VA0001796099 | 2011 |
| CHALK PENCIL 2. | VA0001794458 | 2010 |
| Photo images of Toy Mechanical Ball. | VA0001723183 | 2010 |
| Toy Aircraft - Propshots - Ripcord Launcher Planes. | VA0001794688 | 2010 |
| Toy Aircraft - Propshots - Wrist Copter. | VA0001794691 | 2010 |
| Toy Bubble Bottle Robo Bubbler. | VAu001012380 | 2010 |
| Toy Bubbler - Air Bubbler. | VA0001794457 | 2010 |
| Toy Frozen Beverage Maker Shake-A-Slush. | VAu001012379 | 2010 |
| Toy Gun - Total X-Stream - Rotator X-8 Revolver. | VA0001794449 | 2010 |
| Toy Gun Tri-Blaster. | VA0001754734 | 2010 |
| Toy Gun Tri-Blaster version 2. | VAu001053270 | 2010 |

## Schedule A3 - Copyright Registration in USA

| Full Title | Copyright Number | Year of Registration |
|---|---|---|
| Toy Water Gun - Wave Thrower. | VA0001794453 | 2010 |
| Toy Water Gun - Wave Thrower Pistol. | VA0001794187 | 2010 |
| Toy Water Sprinkler - Fun Splasher - Squirty Bird. | VA0001794451 | 2010 |
| Toy Action Figure: Shinobi Squad Slash. | VA0001738093 | 2009 |
| Toy Action Figure: Shinobi Squad Spade. | VA0001738107 | 2009 |
| Toy Beehive: Countrykinz. | VA0001741541 | 2009 |
| Toy Chalk Top. | VAu000997406 | 2009 |
| Toy Deer Pet Zoo. | VAu000995932 | 2009 |
| Toy Doll: Countrykinz. | VA0001741540 | 2009 |
| Toy Engine. | VAu001005788 | 2009 |
| Toy Farmhouse: Countrykinz. | VA0001741542 | 2009 |
| Toy Fire Hydrant Sprinkler. | VAu000997408 | 2009 |
| Toy Giraffe Pet Zoo. | VAu000995940 | 2009 |
| Toy Tabby Cat Pet Zoo. | VAu000995934 | 2009 |
| Toy Tractor and Cart: Countrykinz. | VA0001741543 | 2009 |
| Toy Truck. | VAu001005787 | 2009 |
| Toy Wart Hog Pet Zoo. | VAu000995926 | 2009 |
| Toy Washer Set. | VAu001005790 | 2009 |
| Toy Water Balloon Launcher Power Toss. | VAu000998500 | 2009 |
| Toy Workbench Workman. | VA0001742342 | 2009 |
| Toy Zebra Pet Zoo. | VAu000995935 | 2009 |
| Workman Derby Car Kit. | VA0001738110 | 2009 |
| Workman Toy Chopper Bike Kit. | VA0001738106 | 2009 |
| Photo image of Toy Mace. | VA0001723184 | 2009 |
| Toy Action Figure: Dragon-Do Dynamite. | VA0001738091 | 2009 |
| Toy Action Figure: Dragon-Do Eclipse. | VA0001738088 | 2009 |
| Toy Action Figure: Dragon-Do Kenji. | VA0001738095 | 2009 |
| Toy Action Figure: Dragon-Do Krane. | VA0001738097 | 2009 |
| Toy Action Figure: Shinobi Squad Bolder. | VA0001738090 | 2009 |
| Toy Action Figure: Shinobi Squad Mirage. | VA0001738096 | 2009 |
| Toy Action Figure: Shinobi Squad Rain. | VA0001738099 | 2009 |
| Toy Action Figure: Shinobi Squad Roadrash. | VA0001738101 | 2009 |
| Workman Toy Power Screwdriver. | VA0001738100 | 2009 |
| Toy Bubble Wand. | VAu000989647 | 2009 |
| Toy Circular Saw and Goggles. | VAu000989655 | 2009 |
| Toy Double Barrel Water Shotgun. | VAu000989681 | 2009 |
| Toy Double Barrel Water Shotgun with packaging. | VAu000989678 | 2009 |
| Toy Pistol. | VAu000989692 | 2009 |
| Toy Pistol with packaging. | VAu000989686 | 2009 |
| Toy Water Grenade with packaging. | VAu000997877 | 2009 |
| Toy Water Splasher (Tiki). | VAu000989720 | 2009 |
| Water Toy: Sun Splasher. | VAu000989643 | 2009 |
| Toy Golden Retriever Pet Zoo. | VAu000995931 | 2009 |
| Toy Gun - Total X-Stream - Shell Shock X-6. | VA0001794450 | 2009 |
| Toy Gun - Total X-Stream - Shot Gun 12 Dart Shooter. | VA0001794192 | 2009 |

**Schedule A3 - Copyright Registration in USA**

| Full Title | Copyright Number | Year of Registration |
|---|---|---|
| Toy Henhouse: Countrykinz. | VA0001741537 | 2009 |
| Toy Launcher for Chalk Top. | VAu000997407 | 2009 |
| Toy Launcher - Total X-Stream Water - Power Toss. | VA0001795698 | 2009 |
| Toy Lion Pet Zoo. | VAu000995938 | 2009 |
| Toy Moose Pet Zoo. | VAu000995939 | 2009 |
| Toy Pony Cart: Countrykinz. | VA0001741539 | 2009 |
| Air pump toy car. | VAu000995999 | 2008 |
| Foam dart toy. | VAu000996117 | 2008 |
| Foam Disc Gun (Big) | VAu000996005 | 2008 |
| Foam Disc Gun (Small) | VAu000996116 | 2008 |
| POWER CANISTER. | VAu000989766 | 2008 |
| Toy Alien. | VAu000996119 | 2008 |
| Toy car (Monster Muscle) | VAu000996001 | 2008 |
| Toy Gun. | VAu000984356 | 2008 |
| Toy Power Drill. | VA0001670734 | 2008 |
| Toy Power Saw. | VA0001670733 | 2008 |
| Toy Gun - JAM Blaster. | VA0001843000 | 2007 |
| Air Compressor. | VA0001670797 | 2007 |
| Air Hammer. | VA0001715601 | 2007 |
| Paint Gun. | VA0001670796 | 2007 |
| Prop Shots High Flyer. | VA0001624593 | 2007 |
| Toy Gun. | VA0001657234 | 2007 |
| Toy Gun. | VAu000960646 | 2007 |
| Toy sword. | VA0001679578 | 2007 |
| Toy wand. | VA0001679579 | 2007 |
| Spin ripper. | VAu000753958 | 2007 |
| Spin ripper. | VA0001400354 | 2007 |
| Spin ripper (large version) | VA0001424043 | 2007 |
| Toy axe. | VAu000745471 | 2007 |
| Toy hammer. | VAu000745470 | 2007 |
| Toy maze. | VAu000745472 | 2007 |
| Toy Gun - Ball Blaster. | VA0001842998 | 2006 |
| Toy Gun - Over Under. | VA0001842993 | 2006 |
| Air pump. | VA0001405984 | 2006 |
| Toy motorcycle. | VA0001405983 | 2006 |
| Toy racer : style 1. | VA0001405982 | 2006 |
| Toy racer : style 2. | VA0001405981 | 2006 |
| Prop shots mini launch wild copters / by Lanard Toys, Inc. | VA0001419257 | 2005 |
| [Doll head] | VA0001331728 | 2005 |
| [Doll, toy figure] | VA0001331678 | 2005 |
| Toy bubble camera : no. 1. | VA0001342647 | 2005 |
| Toy bubble camera : no. 2. | VA0001397871 | 2005 |
| Toy bubble telescope : no. 1. | VA0001342648 | 2005 |
| Toy bubble telescope : no. 3. | VA0001397872 | 2005 |
| [Toy figure : no. 1] | VA0001331679 | 2005 |

**Schedule A3 - Copyright Registration in USA**

| Full Title | Copyright Number | Year of Registration |
|---|---|---|
| [Toy figure : no. 2] | VA0001331680 | 2005 |
| [Toy figure : no. 3] | VA0001331681 | 2005 |
| [Toy figure : no. 4] | VA0001331682 | 2005 |
| [Toy figure : no. 5] | VA0001331683 | 2005 |
| [Toy figure : no. 6] | VA0001331684 | 2005 |
| [Toy figure : no. 7] | VA0001331685 | 2005 |
| [Toy figure : no. 8] | VA0001331726 | 2005 |
| [Toy gun] | VA0001331727 | 2005 |
| Toy Gun - Speed Loader. | VA0001842992 | 2004 |
| Representations. | VA0001716582 | 2004 |
| Representations. | VA0001716580 | 2004 |
| Representations. | VA0001716576 | 2004 |
| Representations. | VA0001716578 | 2004 |
| Bubble sword. | VA0001424151 | 2004 |
| Bubble wand. | VA0001424150 | 2004 |
| Prop shots high flyer. | VA0001325026 | 2003 |
| Prop shots mini launch wild copters. | VA0001324987 | 2003 |
| Toy lawn mower. | VA0001184480 | 2003 |
| Toy lawn mower & packaging. | VA0001184481 | 2003 |
| Toy leaf blower. | VA0001184476 | 2003 |
| Toy leaf blower & packaging. | VA0001184477 | 2003 |
| Toy milkshake maker. | VA0001184482 | 2003 |
| Toy milkshake maker & packaging. | VA0001184475 | 2003 |
| Toy rocket. | VA0001184478 | 2003 |
| Toy rocket & packaging. | VA0001184479 | 2003 |
| Prop shots drop copter. | VA0001325025 | 2002 |
| Prop shots mini launch wild copters. | VA0001324986 | 2002 |
| Toy Water Gun APS Super Cobra. | VA0001667422 | 2002 |
| Toy Water Gun APS Super Cobra 2. | VA0001672581 | 2002 |
| Toy chainsaw. | VA0001108976 | 2002 |
| Toy hedge trimmer. | VA0001108974 | 2002 |
| Toy jack hammer. | VA0001108975 | 2002 |
| Funsplashers, the spaghetti splasher lawn sprinkler package design. | VA0001363755 | 2001 |
| Mega Rammer. | VA0001048838 | 2000 |
| Toy weed trimmer. | VA0001048837 | 2000 |
| Prop shots mini stunt plane. | VA0001324988 | 1998 |
| Aquabow. | VA0000832149 | 1997 |
| Spirocopter packaging : no. 9155. | VA0000832147 | 1997 |
| Toy gardening tools and packaging. | VA0000717858 | 1997 |
| Waterblaster double pump shot gun. | VA0000832148 | 1997 |
| Waterblaster mega pump cannon. | VA0000832150 | 1997 |
| Prop shots drop copter. | VA0001324991 | 1995 |
| Prop shots mini stunt plane. | VA0001324989 | 1995 |
| [Do-up doll] | VA0000706213 | 1995 |
| Do-up doll : package design. | TX0004041354 | 1995 |

**Schedule A3 - Copyright Registration in USA**

| Full Title | Copyright Number | Year of Registration |
|---|---|---|
| Fantasy Flyer Celestial Princess : [packagage design] | TX0004215400 | 1995 |
| Fantasy flyers celestial princess. | VA0000758111 | 1995 |
| Fantasy flyers gyronauts. | VA0000759586 | 1995 |
| Fantasy flyers gyronauts package design. | TX0004213008 | 1995 |
| Monster blaster (with claw) | VA0000741793 | 1995 |
| Monster blaster (with eye) | VA0000741794 | 1995 |
| Super-squirting Monster Blaster. | TX0004075320 | 1995 |
| Super-squirting Monster Blaster. | TX0004075321 | 1995 |
| Mini Prop Shots helicopters : Prop Shots. | TX0003870940 | 1992 |
| Mini Prop Shots helicopters : Prop Shots. | VA0000656310 | 1992 |
| Prop shots high flyers. | VA0001324990 | 1991 |