| | |
|---|---|
| **From:** | Richard Sybert |
| **To:** | "Lewis Anten" |
| **Cc:** | Page, Frederick (JAX - X27273); Hazel Mae Pangan; Eric Thompson |
| **Subject:** | RE: Lanard v. Ja Ru. Meet and Confer - IP Assignment |
| **Date:** | Monday, December 20, 2021 8:00:38 PM |

*[External email]*

Dear Lewis:

We do not believe your issues are well taken or that a meet and confer is appropriate.

Yours truly,
Richard Sybert

> **From:** Lewis Anten <l.anten@antenlaw.com>
> **Sent:** Monday, December 20, 2021 2:13 PM
> **To:** Richard Sybert <rsybert@grsm.com>
> **Cc:** fred.page@hklaw.com; Michelle A. Sebree <masebree@lottfischer.com>; Hazel Mae Pangan <hpangan@grsm.com>
> **Subject:** Re: Lanard v. Ja Ru. Meet and Confer - IP Assignment
>
> Richard:
>
> I have not heard back from anyone regarding my email last Tuesday requesting a meet and confer. I called you and left a voice message this afternoon to call me.
>
> I prefer that you agree to the meet and confer than my having to go to the Court.
>
> Please either call me or respond to this email no later than tomorrow.
>
> Very truly yours,
>
> Lewis Anten
> 16830 Ventura Blvd
> Suite 236
> Encino, CA 91436
> 818-501-3535
> 818-481-7656 (cell)
>
> Sent from my iPhone. Please excuse typing errors.
>
>> On Dec 17, 2021, at 6:30 AM, Lewis Anten <l.anten@antenlaw.com> wrote:
>>
>> Richard:
>>
>> I have not received any response to my email of December 14 for a meet and confer by today.

Please let me know what time we can have the meet and confer. If I do not hear from you or any of the other attorneys working on the case by the end of the day, I will consider it a refusal to meet and confer.

Very truly yours,

Lewis Anten
16830 Ventura Blvd
Suite 236
Encino, CA 91436
818-501-3535
818-481-7656 (cell)

Sent from my iPhone. Please excuse typing errors.

> On Dec 14, 2021, at 7:47 PM, Lewis Anten <l.anten@antenlaw.com> wrote:
>
> Richard:
>
> I have just learned that Lanard has assigned to Fairmount Investments all of its right to the IP in our case, including the right to sue for past infringements and all chose of actions related to the IP. This was part of an apparent assignment from Lanard to Fairmount of all of Lanard's US IP.  While the date of the written assignment document filed with the Patent Office is October 2020, the assignments were made effective as of November 1, 2019 and Lanard appears to have filed papers in HK indicating the assignments were actually made in 2019.   This raises a number of issues and concerns.
>
> I assume you were not aware of these assignments. Nevertheless, Lanard had an affirmative obligation to promptly advise the District Court and the Federal Circuit that Lanard no longer had any interest in the patent and copyright in suit once the assignments occurred.  Please advise immediately as to the correct date of the assignments, why the assignments occurred, why they were not disclosed in this case to the District Court and the Federal Circuit, and whether Lanard will file notices with the District Court advising the Court of the current owner of the patent and copyright in suit.  The assignments obviously raise many issues with the

accuracy of the certificates of interested parties and the various positions taken by Lanard before the District Court and the Federal Circuit on ownership of the IP sued upon.  It now also appears Lanard had us go through a lengthy appeal that may have been rendered moot by its assignments.

The timing of the assignments—if they occurred November 1, 2019—are also concerning, coming shortly after our filing of our initial motion for attorneys' fees.  Please advise if any steps were taken to assure that Lanard would be able to satisfy a fee and cost award before its US based IP was assigned to Fairmount for a recited consideration of $1.  We hope this is not part of some effort to make Lanard Toys judgement proof, at least in the United States, from the expected monetary judgement against Lanard.

Accordingly, I would ask you to agree to enter into a stipulation to provide discovery on the assignments, to submit Fairmount and its affiliates to the jurisdiction of the District Court, and to prohibit Lanard, its owners and its affiliates from taking any steps to assign or move any assets out of the United States, or transfer any other assets of Lanard anywhere in the world without approval of the Court.  This would include any inventory or accounts receivable of Lanard.

I would also ask that you agree to provide within five (5) business days documents related to the purpose and timing of the assignment of Lanard's IP to Fairmount. This would include any valuations of the IP assets assigned, as well as the amount that Lanard received for the assignments of the IP. These documents are necessary to evaluate the viability of the assignments and whether further steps need to be taken with the District Court on an expedited basis.

The assignments also raise the issue of whether the assignments of the IP effects Lanard's right to challenge the motion for attorneys' fees now pending before the Magistrate Judge.  Please advise if Lanard contends that it still has standing to challenge the pending motions or contest an appeal of the Magistrate Judge's R&R denying Defendants'

entitlement to attorneys' fees for the copyright and patent claims.

In any event, absent your agreement, I will also be asking the Court Judge to shorten the time for any objection to the R&R on the pending Motion for Attorneys' fees. Since the Magistrate Judge is expected to provide the R&R no later than January 11, and there are intervening Holidays, I will not be asking the Magistrate Judge to expedite the R&R, but we will seek to have a telephonic status conference as soon as possible with the Magistrate Judge to inform the court of these developments.

I would like a meet and confer this week to discuss the above matters. Please confirm when you will be available for that call. In the meantime, if you have any questions about or responses to any of the above issues, I would appreciate your sending them to me as soon as possible.

Very truly yours,

Lewis Anten
16830 Ventura Blvd
Suite 236
Encino, CA 91436
818-501-3535
818-481-7656 (cell)

Sent from my iPhone. Please excuse typing errors.

> On Sep 10, 2020, at 12:58 PM, Richard Sybert <rsybert@grsm.com> wrote:

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

http://www.grsm.com

| | |
|---|---|
| **From:** | Richard Sybert |
| **To:** | Lewis Anten |
| **Cc:** | Page, Frederick (JAX - X27273); Hazel Mae Pangan; Eric Thompson |
| **Subject:** | Re: Lanard v. Ja Ru. Meet and Confer - IP Assignment |
| **Date:** | Friday, January 7, 2022 3:27:17 PM |

*[External email]*

Lewis, please stop emailing me. I have made clear I will not engage with you on this. I will not respond to you further.

On Jan 7, 2022, at 1:20 PM, Lewis Anten <l.anten@antenlaw.com> wrote:

Richard:

Can I represent to the Court that if we had the meet and confer you will not discuss my request for the Court to expedite the proceeding or the reasons for the transfer of the United States IP, whether Lanard received "fair value" for the assignment of the IP, or the current owner of the United States IP?

Very truly yours,

Lewis Anten
**LEWIS ANTEN, P.C.**
16830 Ventura Blvd., Suite 236
Encino, California 91436
Tel: (818)501-3535
Fax:(818)501-4138
Email:  l.anten@antenlaw.com

_____
PRIVILEGED OR CONFIDENTIAL COMMUNICATION:
This email and any files transmitted with it may contain privileged or confidential information.  Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited.  If you received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.

**From:** Richard Sybert <rsybert@grsm.com>
**Sent:** Friday, January 7, 2022 12:14 PM
**To:** Lewis Anten <l.anten@antenlaw.com>
**Cc:** fred.page@hklaw.com <fred.page@hklaw.com>; Hazel Mae Pangan <hpangan@grsm.com>; Eric Thompson <ethompson@grsm.com>
**Subject:** Re: Lanard v. Ja Ru. Meet and Confer - IP Assignment

I repeat, no "meet and confer" is in order or appropriate.

On Jan 7, 2022, at 1:12 PM, Lewis Anten <l.anten@antenlaw.com> wrote:

 I will call you on Monday.  I expect a good faith meet and confer.

Very truly yours,

Lewis Anten
16830 Ventura Blvd
Suite 236
Encino, CA 91436
818-501-3535
818-481-7656 (cell)

Sent from my iPhone. Please excuse typing errors.

On Jan 7, 2022, at 12:09 PM, Richard Sybert <rsybert@grsm.com> wrote:

Lewis, you are free to call me but I will not engage with you nor submit to your cross-examination.

On Jan 7, 2022, at 1:05 PM, Lewis Anten <l.anten@antenlaw.com> wrote:

Richard:

I will call you Monday at 3PM.  If there is a legitimate reason for the assignment or Lanard has obtained "fair value" for the assignment,  we can avoid unnecessary motion practice.

Very truly yours,

Lewis Anten
**LEWIS ANTEN, P.C.**
16830 Ventura Blvd., Suite 236
Encino, California 91436
Tel: (818)501-3535
Fax:(818)501-4138
Email:  l.anten@antenlaw.com
_____
PRIVILEGED OR CONFIDENTIAL COMMUNICATION:
This email and any files transmitted with it may contain privileged or confidential information.  Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited.  If you received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.

---

**From:** Richard Sybert <rsybert@grsm.com>
**Sent:** Friday, January 7, 2022 11:54 AM
**To:** Lewis Anten <l.anten@antenlaw.com>
**Cc:** fred.page@hklaw.com <fred.page@hklaw.com>; Hazel Mae Pangan <hpangan@grsm.com>; Eric Thompson <ethompson@grsm.com>
**Subject:** RE: Lanard v. Ja Ru. Meet and Confer - IP Assignment

Dear Lewis:

You are always free to call me, but as I have previously stated, we see no basis for either such a motion or for a meet and confer, nor do you cite any such authority.

Yours truly,
Richard Sybert

---

**RICHARD P. SYBERT** | Partner

D: 619-230-7768 | C: 206-321-5222 | F: 619-595-5768 | rsybert@grsm.com



www.grsm.com
vCard | Bio

**From:** Lewis Anten <l.anten@antenlaw.com>
**Sent:** Friday, January 7, 2022 11:11 AM
**To:** Richard Sybert <rsybert@grsm.com>
**Cc:** fred.page@hklaw.com; Hazel Mae Pangan <hpangan@grsm.com>; Eric Thompson <ethompson@grsm.com>
**Subject:** Re: Lanard v. Ja Ru. Meet and Confer - IP Assignment

Richard:

You have ignored my prior efforts to have a meet and confer concerning the assignment of the patent and copyright involved in this action.

I intend to bring a motion to ask the Court to expedite the award of attorneys' fees and costs as much as possible in view of Lanard's secretly assigning all of its United States patents, trademarks and copyrights to Fairmount.  It appears to me that the transfer is an attempt by Lanard to frustrate Defendants' execution on these assets after a final judgement of the award of attorneys' fees and costs to Defendant.  It may be that Lanard has taken or is taking other steps to frustrate Defendants'' execution on assets of Lanard.

I would like the meet and confer on this Monday at 3PM, PCT.  I will call you then unless I receive your response to this email either agreeing to my proposed motion or your refusal to cooperate in the meet and confer.

If you refuse to have a meet and confer, I believe that you must set forth the specific reasons for your refusal to have the meet and confer.  You just saying that my positions are not well taken satisfies your obligation to have the meet and confer.

In the event that you again refuse to have the meet and confer I intend to ask the Court to Order a meet and confer.


Very truly yours,

Lewis Anten
**LEWIS ANTEN, P.C.**
16830 Ventura Blvd., Suite 236
Encino, California 91436
Tel: (818)501-3535
Fax:(818)501-4138
Email:  l.anten@antenlaw.com
_____

PRIVILEGED OR CONFIDENTIAL COMMUNICATION:
This email and any files transmitted with it may contain privileged or confidential information.  Use, disclosure, copying or distribution of this

message by anyone other than the intended recipient is strictly prohibited.  If you received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.



[http://www.grsm.com](http://www.grsm.com)

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

[http://www.grsm.com](http://www.grsm.com)