**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| LANARD TOYS LIMITED,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TOYS "R" US - DELAWARE, INC.  )<br>DOLGENCORP, LLC, and JA-RU, INC.,  )<br>)<br>Defendants.  )<br>) | **Case No. 3:15-cv-00849-MMH-PDB** |

**DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF LANARD'S OPPOSITION TO DEFENDANTS' MOTION TO EXPEDITE AWARD FOR ATTORNEYS' FEES TO THE EXTENT POSSIBLE, MOTION FOR LIMITED DISCOVERY**

I, Richard P. Sybert, declare and state as follows:

1. I am an attorney admitted in this matter *pro hac vice* and am a partner at Gordon & Rees, LLP, the attorneys of record in this action for Plaintiff Lanard Toys Limited ("Lanard"). I am over the age of 18 years and submit this declaration in support of Lanard's Opposition to Defendants' Motion to Expedite Award for Attorneys' Fees to the Extent Possible, Motion for Limited Discovery ("Motion"), Dkt 546. The statements set forth below are true and correct to the best of my knowledge and belief, are based upon information available to me, and if called upon as a witness I could and would testify competently under oath to all such facts.

2. Defense counsel first emailed me about the issues raised in this Motion on December 14, 2021. I was away on vacation from December 11, 2021 to December 18, 2021 and then returned for the Christmas holiday to be with my family. When I saw the emails from defense counsel, the accusations were so unfounded and the requests so "over the top," I assumed he was posturing. Nevertheless, I did review his assorted

emails, which set forth his reasoning and requests, consulted with my client, and eventually responded to defense counsel that I believed there was no basis for the motion he purportedly sought and that it was inappropriate. Defendants' counsel's grounds and arguments were considered, and rejected. I saw no point in engaging with him further, particularly since his assertion that Lanard's parent corporation was "defunct" was blatantly false, and he could easily have ascertained that.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

    Executed this 26th day of January 2022, at Tucson, Arizona.

*/s/ Richard P. Sybert*
Richard P. Sybert