**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| LANARD TOYS LIMITED,        ) <br> ) <br> Plaintiff,        ) <br> ) <br> v.        ) <br> ) <br> TOYS "R" US - DELAWARE, INC.    ) <br> DOLGENCORP, LLC, and JA-RU, INC.,  ) <br> ) <br> Defendants.        ) <br> _____) | **Case No.** <br> **3:15-cv-00849-MMH-PDB** |

**DECLARATION OF JAMES W. HESTERBERG IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO EXPEDITE AWARD FOR ATTORNEYS' FEES TO THE EXTENT POSSIBLE, MOTION FOR LIMITED DISCOVERY**

I, James W. Hesterberg, declare and state as follows:

1.  I am Managing Director of Lanard Toys Limited ("Lanard"). I submit this declaration in support of Lanard's opposition to Defendants' Motion to Expedite Award for Attorneys' Fees to the Extent Possible, Motion for Limited Discovery ("Motion"). The statements set forth below are true and correct to the best of my knowledge and belief.

2.  I have reviewed Defendants' Motion, which is entirely meritless. If Defendants would have examined the first two documents on the docket in this case filed back in 2014, they would have seen that Lanard has disclosed in its complaint that Lanard itself is a Hong Kong company, and in Lanard's corporate disclosure statement, that Fairmount Investments Limited ("Fairmount"), also a Hong Kong company, wholly owned Lanard. Simply put, both Lanard and Fairmount are Hong Kong companies, and Defendants' accusation that Lanard has transferred rights "out of the US" (to its parent

1

company, which wholly owns Lanard) is inaccurate and appears to be phrased to mislead this Court.

3. Without any evidence to support their assertion, Defendants asserted that Fairmount "now appears to be a defunct company." This is not true. Fairmount is an active Hong Kong company in good standing. Attached as Exhibit 1 is a true and correct print-out of the Hong Kong government's business registration directory entry for Fairmount, which shows Fairmount's current active status. This information is readily available online, and in fact shows up on the first page of a Google search when one searches for "Fairmount Investments Limited."

4. No actions have been taken by either Fairmount nor Lanard to render Lanard "judgment proof" as Defendants baselessly speculate in the Motion.

5. As explained above and as disclosed to this Court and the parties in this case, Fairmount has wholly owned Lanard for the entire duration of this case. While certain intellectual property was transferred to Fairmount in late 2020, this was a matter of corporate organization unrelated to this lawsuit.

I declare under penalty of perjury under the laws of the United States of America and Hong Kong that the foregoing statements are true and correct.

Executed this 19th day of January 2022, at Hong Kong.

_____
James W. Hesterberg