**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| LANARD TOYS LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>TOYS "R" US - DELAWARE, INC.<br>DOLGENCORP, LLC, and JA-RU, INC.,<br><br>   Defendants. | **Case No.**<br>**3:15-cv-00849-MMH-PDB** |

<u>**DECLARATION OF JOYCE MAK IN SUPPORT OF OPPOSITION TO**</u>
<u>**DEFENDANTS' MOTION TO EXPEDITE AWARD FOR ATTORNEYS' FEES**</u>
<u>**TO THE EXTENT POSSIBLE, MOTION FOR LIMITED DISCOVERY**</u>

I, Joyce Mak, declare and state as follows:

1.   I am a director of Fairmount Investments Limited ("Fairmount"). Fairmount wholly owns Lanard Toys Limited ("Lanard"), the plaintiff in this case. I submit this declaration in support of Lanard's opposition to Defendants' Motion to Expedite Award for Attorneys' Fees to the Extent Possible, Motion for Limited Discovery ("Motion"). The statements set forth below are true and correct to the best of my knowledge and belief.

2.   Fairmount has wholly owned Lanard since October 21, 1987.

3.   Fairmount is an active Hong Kong company in good standing. It is not defunct. Attached as <u>Exhibit 1</u> is a true and correct print-out of the Hong Kong government's business registration directory entry for Fairmount, which shows Fairmount's current active status.

4.   No actions have been taken by either Fairmount nor Lanard to render Lanard "judgment proof" as Defendants baselessly accuse in the Motion.

1

5.      While certain intellectual property was transferred to Fairmount in late 2020, this was a matter of corporate organization unrelated to this lawsuit.

I declare under penalty of perjury under the laws of the United States of America and Hong Kong that the foregoing statements are true and correct.

Executed this 19th day of January 2022, at Hong Kong.

Joyce Mak