# Exhibit 1

Case 3:15-cv-00849-MMH-PDB   Document 547-4   Filed 01/26/22   Page 2 of 2 PageID 18584

1/14/22, 8:55 AM                FAIRMOUNT INVESTMENTS LIMITED | Hong Kong Companies Registration Search | Hong Kong Companies Directory

选择语言 ▼

# FAIRMOUNT INVESTMENTS LIMITED

FAIRMOUNT INVESTMENTS LIMITED CR No. 0185113

FAIRMOUNT INVESTMENTS LIMITED was incorporated on 1987-03-20 as a Private company limited by shares registered in Hong Kong. It's company registration number is: 0185113. The date of annual examination for this private company limited is between Mar 20 and Apr 30 upon the anniversary of incorporation. As so far the company has been running for 34 years 9 months, and 25 days. The company is " Live" now.

CR No.
0185113

Company Name
FAIRMOUNT INVESTMENTS LIMITED (https://www.hkcorporationsearch.com/company?utm_source=0185113)

Company Name (Traditional Chinese)
FAIRMOUNT INVESTMENTS LIMITED (https://www.hkcorporationsearch.com/company?utm_source=0185113)

Date of Incorporation
1987-03-20

Company Type
Private company limited by shares

Date of Annual Examination
Mar 20 - Apr 30

Active Status
Live

Website
Website (https://www.hkcorporationsearch.com/company?utm_source=0185113)

Remarks
-

Winding Up Mode
-

Date of Dissolution
-

Register of Charges
Unavailable

Important Note
-

Updated
2018-06-26 11:10:49

Name History
07-AUG-1987
FAIRMOUNT INVESTMENTS LIMITED
20-MAR-1987
GYPSY INNOVATIONS LIMITED

Source